UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CA NO. 2:25-cv-235 -JRG-RSP |
| CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY, | § § § § § § § | |
| DEFENDANTS | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Kelli Davis hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Kelli Davis, Plaintiff

2. Welmaker Law, PLLC
   409 N. Fredonia, Suite 118
   Longview, Texas 75601

Respectfully submitted,

Welmaker Law, PLLC

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**