**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § § | |
| **v.** | § § | **CA NO. 2:25-cv-235 -JRG-RSP** |
| **CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY,** | § § § § § § § | |
| **DEFENDANTS** | § | |

**PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN OVERTIME LAWSUIT**

Please take notice that Plaintiff Kelli Davis hereby files the following Consents to Join Overtime Lawsuit:

Exhibit 1:       Consent of Loretta St.Clair and Robert St.Clair

Respectfully submitted,

Welmaker Law, PLLC

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**