# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br><br> v. <br><br> CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY, <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CA NO. 2:25-cv-235 -JRG-RSP |

---

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN OVERTIME LAWSUIT

---

Please take notice that Plaintiff Kelli Davis hereby files the following Consents to Join Overtime Lawsuit:

    Exhibit A:        Consent of Brenda Scott

Respectfully submitted,

Welmaker Law, PLLC

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Consent has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on April 11, 2025.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker