IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARY SITUATED, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 2:25-CV-235 |
| CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC, AND BEJE FOSTER, INDIVIDUALLY, | § § § § § § § | |
| *Defendants*. | § | |

# NOTICE OF APPEARANCE

Elizabeth M. Reed hereby appears in this matter as additional counsel for Defendants Capstone Cypress OpCo, LLC d/b/a Cypress Place Assisted Living ("Cypress"), MME Capital Holdings, LLC ("MME"), and Beje Foster ("Foster") (Cypress, MME, and Foster collectively referred to as "Defendants"). Ms. Reed respectfully requests that she be additionally included on all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings via ECF at the office, postal address, electronic mail addresses, and facsimile number listed below. Barrett C. Lesher of Hallett & Perrin, P.C. will remain lead counsel in this matter.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Elizabeth M. Reed*
Barrett C. Lesher
Attorney in Charge
State Bar No. 24070137
blesher@hallettperrin.com
Elizabeth M. Reed
State Bar No. 24116945
ereed@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

 */s/ Barrett C. Lesher*
Barrett C. Lesher