UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § | | |
| PLAINTIFF § § § | | |
| v. § | CA NO. 2:25-cv-235 -JRG-RSP | |
| § | | |
| CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY, § § § § § § § | | |
| DEFENDANTS § | | |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff Kelli Davis files this Unopposed Motion to extend the Parties' Deadlines in the Initial Scheduling Order entered by this Court (ECF No. 10) by 45 days.

1. This case is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, as amended ("FLSA"). Plaintiff pleaded her FLSA claims as a collective action under 29 U.S.C. § 216(b). Plaintiff alleges that Defendants failed to pay her and similarly situated workers for all overtime hours worked as required by the FLSA, 29 U.S.C. § 207.

2. On June 9, 2025, the Court entered a Briefing Schedule. (ECF No. 10).

3. On June 24, 2025, Plaintiff propounded written discovery on Defendants. On July 24, 2025, Defendants filed their objections and responses to Plaintiff's discovery. During a phone call to discuss whether the parties could work out differences that had developed in connection with Defendants' responses to Plaintiff's discovery, Defendants notified the undersigned that most of the putative class had signed arbitration agreements. As this would obviously impact the viability of a motion for notice, Plaintiff asked for copies of the arbitration agreements.

4. Counsel agreed to produce copies of these agreements and sought to obtain the agreements from their client, which took longer than expected to retrieve.

5. On Friday, October 17, 2025, Defendants produced over 800 pages of arbitration agreements to Plaintiff. Due to the time required to gather the arbitration agreements and produce them to Plaintiff, Plaintiff has not been able to schedule depositions or determine if depositions or additional documentary evidence are required.

6. Plaintiff now seeks additional time in which to investigate the validity of the recently produced arbitration agreements. For example, Plaintiff may need to seek a 30(b)(6) deposition regarding the entity or entities that originally created the arbitration agreements, whether other entities listed on a number of the arbitration agreements are successors or otherwise associated or related to Defendants, and whether the Defendants named in this lawsuit are legally considered to be parties to and/or or beneficiaries of the arbitration agreements. It may be that Plaintiff determines that there are no grounds to challenge the arbitration agreements, which would obviate the need to file a motion for notice. If grounds exist to challenge the arbitration agreements, however, Plaintiff should

be allowed a brief amount of time in which to develop the factual framework that will be used to challenge the agreements.

7. Plaintiff thus respectfully requests a forty-five (45) day extension on the deadlines for filing the motion for notice, the response to the motion for notice, and the hearing on the motion for notice as set forth in the table below:

| Deadline | Deadline (Original) | Extended Deadline (Requested) |
|---|---|---|
| Deadline to File Notice | October 20, 2025 | **December 4, 2025** (Thursday) |
| Privilege Logs to be Exchanged | October 27, 2025 | **December 11, 2025** (Thursday) |
| Deadline to file Response to Motion for Notice | December 10, 2025 | **January 23, 2026** (Friday) |
| Hearing on Motion for Notice | January 12, 2026 | **February 26, 2026** (Thursday) |

8. Plaintiff makes this request in good faith and in the interests of justice and judicial economy.

9. Accordingly, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Extend Phase One Deadlines in this matter.

3

        Respectfully submitted,

        WELMAKER LAW, PLLC

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        505 E. Magrill St.
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on October 20, 2025.

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker

## CERTIFICATE OF CONFERENCE

I certify that I conferred with defense counsel in this matter, and they indicated they were not opposed to this Motion.

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker