UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY, <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CA NO. 2:25-cv-235 -JRG-RSP |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES

Before the Court is Plaintiff's Motion to Extend Phase I Scheduling Deadlines. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that the original deadlines set forth in this Court's June 9, 2025 Docket Control Order, Dkt. 10, are extended as follows:

| **Deadline** | **Deadline** <br><br> **(Original)** | **Extended Deadline** <br><br> **(Requested)** |
|---|---|---|
| Deadline to File Notice | October 20, 2025 | **December 4, 2025** <br><br> **(Thursday)** |

| Privilege Logs to be Exchanged | October 27, 2025 | **December 11, 2025** **(Thursday)** |
|---|---|---|
| Deadline to file Response to Motion for Notice | December 10, 2025 | **January 23, 2026** **(Friday)** |
| Hearing on Motion for Notice | January 12, 2026 | **February 26, 2026** **(Thursday)** |