EXHIBIT A

## DECLARATION OF KELLI DAVIS

I declare under penalty of perjury under the laws of the United States of America that everything contained herein is true and correct and within my personal knowledge.

1.      My name is Kelli Davis. I was formerly employed as an hourly medication aide by Capstone Cypress OpCo, LLC D/B/A Cypress Place Assisted Living ("Defendant" or "Cypress Place") at Defendant's assisted living facility located in Jefferson, Texas. I worked for Cypress Place from about February 2024 through January 2025.  Like many other employees working at Cypress Place, I was paid hourly and had to clock in and clock out every day, even though the time clock system often did not function properly.

2.      During my employment with Cypress Place, I was responsible for dispensing medication needed by Cypress Place residents. I often worked over forty hours per week.

3.      It was Cypress Place's policy to deduct 30 minutes from the hours I worked every day for a "lunch break."  However, I was rarely able to take a lunch break, and on those days that I was able to eat lunch, it was often interrupted and typically consisted of me eating lunch at my desk or station.   Instead of taking a lunch break, I would simply continue performing my standard duties, which was passing out medications, help with patient care, and spent a lot of time on the phone with doctors ensuring medications were refilled.

4.      I worked with other hourly employees such as Loretta St. Clair, Robert St. Clair and Brenda Scott during my employment with Cypress Place. Based on my conversations with these employees as well as my observations, I am aware that they were paid on an hourly basis, would clock in and out each day, and often worked more than forty hours per week.  All of us would frequently discuss the fact that Defendant would shave our hours, as we would all be paid less hours than we actually worked.  We would also discuss that Defendant would dock 30 minutes from our time every day for "lunch" even though all of us typically worked through lunch. Cypress Place did not have enough staff to adequately provide care and assistance to all of the residents of the facility where I worked, or to allow us to take a 30 minute uninterrupted lunch break.

5.      As a result of Defendant's time shaving and lunch docking policies, Defendant reduced or eliminated overtime hours for both me and for other Cypress Place employees. I am aware of this fact based on my conversations with other Cypress Place employees, including, but not limited to, Loretta St. Clair, Robert St. Clair and Brenda Scott.

6.      Management discouraged us from submitting missed punch sheets for working through lunch.  If we had been allowed to submit missed punch sheets for working through lunch, then most hourly employees at Cypress Place would have submitted these sheets every day.  I was told by management that the state forces them  employees to take breaks, so you can't submit a missed punch sheet for a missed lunch.   When I submitted a missed punch sheet, it was always for other reasons other than working through lunch, such as the time clock not working correctly or because I made an error punching in or punching out; I never submitted a missed punch sheet just for working through lunch because, as I mentioned, we were discouraged from doing this.

Doc ID: e3047a102bc19dd02df6611e6b958a1d33ad049a

7.      Occasionally when I submitted missed punch sheets (for reasons other than working through lunch), I checked the box that stated "Did not take a 30 minute lunch break" but I was told by management not to submit forms with this box checked because the State of Texas required Cypress Place to make its employees take mandatory unpaid breaks every day.

8.      Of the three missed punch sheets (dated July 25, 2024, July 26, 2024, and August 1, 2024) that I submitted where I noted I did not take a 30 minute lunch break, Cypress Place still docked me 30 minutes on August 1, 2024.  A true and correct copy of my missed punch sheet for August 1, 2024 is attached to my Declaration as Attachment 1.  A true and correct copy of my reported time for August 1, 2024 is attached to my Declaration as Attachment 2.

9.      Based on my discussions with other hourly Cypress Place employees, I believe there are many current and former employees who would join a collective action to try to recover their unpaid overtime compensation from Defendant if they were informed of their rights to do so, and especially if they were informed of their right to do so without the fear of retaliation for asserting their rights to recover their unpaid overtime. Most, if not all, of Defendant's employees have smart phone cell phones with the ability to receive text messages and view websites. Sending notice of the collective action by cell phone and e-mail will be a very effective way to advise potential class members of this lawsuit and their ability to join.


_____
Kelli Davis


 12 / 03 / 2025
_____
Dated

2

Doc ID: e3047a102bc19dd02df6611e6b958a1d33ad049a

ATTACHMENT 1



C A P S T O N E
HEALTHCARE

Missed Punch / Missed Meal Break Form

Employee Name: __Kelli Davis_____ ID#_____

Date to Correct in isolved: ____7-25-24_____

Reason for Correction (required for approval): _forgot to Clock out_

_____

☑ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | 5:45 AM |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | 6:15 pm |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: _Kelli Davis_____ Date: _7-25-24_

Supervisor Signature: _____ Date: _7.25.24_

Administrator Signature: _____ Date: _7-25-24_

☑ Payroll Updated  HR Initials: _JB___ Date Corrected: _8/1/24_

CAPSTONE_000400



CAPSTONE
HEALTHCARE

Missed Punch / Missed Meal Break Form

Employee Name: _Kelli Davis_____ ID#___7/26/24___

Date to Correct in isolved: __7/26/24_____

Reason for Correction (required for approval): _Time clock may have double punched me._____

☑ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | 5:45 Am |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | 3:10 p.m |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: _Kelli Davis_____ Date: _7-26-24___

Supervisor Signature: _[signature]_____ Date: _7·26·24_

Administrator Signature: _[signature]_____ Date: _7-26-24_

☑ Payroll Updated   HR Initials: _[initials]___ Date Corrected: _8/1/24_

CAPSTONE_000401



# CAPSTONE
## HEALTHCARE

### Missed Punch / Missed Meal Break Form

Employee Name: __Kelli Davis__ ID#_____

Date to Correct in isolved: __8-1-24__

Reason for Correction (required for approval): __time clock wasn't__
__Working properly__

☑ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | 5:40 Am |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | 3:00 pm |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: _Kelli Davis_ Date: _8-12-24_

Supervisor Signature: _____ Date: _8.12.24_

Administrator Signature: _____ Date: _8.12-24_

☑ Payroll Updated   HR Initials: _JB_   Date Corrected: _8/14/24_

CAPSTONE_000403

Case 2:25-cv-00235-JRG-RSP    Document 16-1    Filed 12/04/25    Page 6 of 7 PageID #: 104

| Day | Alert | Date | Start | End | Department | Position | GL | Division | Date | Earning | Hours/Units | Paid | Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (04:24 PM) | (04:54 PM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (04:54 PM) | 06:52 PM | Nursing | 44 | | | | Overtime | 1.97 | 1.97 | |
| | | | | | | | | | | | **12.97** | **11.97** | **1.00** |
| Sunday | | 7/14/2024 | 05:44 AM | (09:44 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:44 AM) | (10:14 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:14 AM) | (04:14 PM) | Nursing | 44 | | | | Regular | 6.00 | 6.00 | |
| | | | (04:14 PM) | (04:44 PM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (04:44 PM) | 05:30 PM | Nursing | 44 | | | | Regular | 0.77 | 0.77 | |
| | | | | | | | | | | | **11.77** | **10.77** | **1.00** |
| Wednesday | | 7/17/2024 | 06:01 AM | (10:01 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (10:01 AM) | (10:31 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:31 AM) | 02:16 PM | Nursing | 44 | | | | Regular | 3.75 | 3.75 | |
| | | | | | | | | | | | **8.25** | **7.75** | **0.50** |
| Thursday | | 7/18/2024 | 05:51 AM | (09:51 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:51 AM) | (10:21 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:21 AM) | 04:20 PM | Nursing | 44 | | | | Regular | 5.98 | 5.98 | |
| | | | | | | | | | | | **10.48** | **9.98** | **0.50** |
| Friday | | 7/19/2024 | 06:00 AM | 02:00 PM | Nursing | 44 | | | | PTO | **8.00** | **8.00** | |
| Saturday | | 7/20/2024 | 06:00 AM | 02:00 PM | Nursing | 44 | | | | PTO | **8.00** | **8.00** | |
| Tuesday | | 7/23/2024 | 05:41 AM | (09:41 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:41 AM) | (10:11 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:11 AM) | 03:48 PM | Nursing | 44 | | | | Regular | 5.62 | 5.62 | |
| | | | | | | | | | | | **10.12** | **9.62** | **0.50** |
| Wednesday | | 7/24/2024 | 05:52 AM | (09:52 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:52 AM) | (10:22 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:22 AM) | 04:01 PM | Nursing | 44 | | | | Regular | 5.65 | 5.65 | |
| | | | | | | | | | | | **10.15** | **9.65** | **0.50** |
| Thursday | YES | 7/25/2024 | 05:45 AM | 06:15 PM | Nursing | 44 | | | | Regular | **12.50** | **12.50** | |
| Friday | YES | 7/26/2024 | 05:55 AM | (02:09 PM) | Nursing | 44 | | | | Regular | 8.23 | 8.23 | |
| | YES | | (02:09 PM) | 03:11 PM | Nursing | 44 | | | | Overtime | 1.03 | 1.03 | |
| | | | | | | | | | | | **9.27** | **9.27** | |
| Monday | | 7/29/2024 | 05:49 AM | (09:49 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:49 AM) | (10:19 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:19 AM) | 03:09 PM | Nursing | 44 | | | | Regular | 4.83 | 4.83 | |
| | | | | | | | | | | | **9.33** | **8.83** | **0.50** |
| Tuesday | | 7/30/2024 | 05:55 AM | (09:55 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:55 AM) | (10:25 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | YES | | (10:25 AM) | 05:00 PM | Nursing | 44 | | | | Regular | 6.58 | 6.58 | |
| | | | | | | | | | | | **11.08** | **10.58** | **0.50** |
| Wednesday | | 7/31/2024 | 05:54 AM | (09:54 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:54 AM) | (10:24 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:24 AM) | 02:36 PM | Nursing | 44 | | | | Regular | 4.20 | 4.20 | |
| | | | 09:06 PM | 11:56 PM | Nursing | 44 | | | | Regular | 2.83 | 2.83 | |
| | | | | | | | | | | | **11.53** | **11.03** | **0.50** |
| Thursday | | 8/1/2024 | 05:49 AM | (09:49 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |

CAPSTONE_000767

| Day | Alert | Date | Start | End | Department | Position | GL | Division | Date | Earning | Hours/Units | Paid | Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (09:49 AM) | (10:19 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:19 AM) | 03:00 PM | Nursing | 44 | | | | Regular | 4.68 | 4.68 | |
| | | | | | | | | | | | **9.18** | **8.68** | **0.50** |
| Sunday | | 8/4/2024 | 05:46 AM | (09:46 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:46 AM) | (10:16 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:16 AM) | 02:10 PM | Nursing | 44 | | | | Regular | 3.90 | 3.90 | |
| | | | | | | | | | | | **8.40** | **7.90** | **0.50** |
| Monday | | 8/5/2024 | 06:04 AM | (10:04 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (10:04 AM) | (10:34 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:34 AM) | 03:36 PM | Nursing | 44 | | | | Regular | 5.03 | 5.03 | |
| | | | | | | | | | | | **9.53** | **9.03** | **0.50** |
| Tuesday | | 8/6/2024 | 05:52 AM | (09:52 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:52 AM) | (10:22 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | YES | | (10:22 AM) | 08:07 PM | Nursing | 44 | | | | Regular | 9.75 | 9.75 | |
| | | | | | | | | | | | **14.25** | **13.75** | **0.50** |
| Saturday | | 8/10/2024 | 05:37 AM | (09:37 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:37 AM) | (10:07 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:07 AM) | 02:40 PM | Nursing | 44 | | | | Regular | 4.55 | 4.55 | |
| | | | | | | | | | | | **9.05** | **8.55** | **0.50** |
| Sunday | | 8/11/2024 | 08:36 AM | (12:36 PM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (12:36 PM) | (01:06 PM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (01:06 PM) | 03:53 PM | Nursing | 44 | | | | Regular | 2.78 | 2.78 | |
| | | | | | | | | | | | **7.28** | **6.78** | **0.50** |
| Monday | | 8/12/2024 | 05:48 AM | (09:48 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:48 AM) | (10:18 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | YES | | (10:18 AM) | 11:09 PM | Nursing | 44 | | | | Regular | 12.85 | 12.85 | |
| | | | | | | | | | | | **17.35** | **16.85** | **0.50** |
| Wednesday | | 8/14/2024 | 05:55 AM | (09:55 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:55 AM) | (10:25 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:25 AM) | 03:44 PM | Nursing | 44 | | | | Regular | 5.32 | 5.32 | |
| | | | | | | | | | | | **9.82** | **9.32** | **0.50** |
| Friday | | 8/16/2024 | 05:45 AM | (09:45 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:45 AM) | (10:15 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:15 AM) | (01:18 PM) | Nursing | 44 | | | | Regular | 3.05 | 3.05 | |
| | | | (01:18 PM) | 02:16 PM | Nursing | 44 | | | | Overtime | 0.97 | 0.97 | |
| | | | | | | | | | | | **8.52** | **8.02** | **0.50** |
| Saturday | | 8/17/2024 | 06:00 AM | (10:00 AM) | Nursing | 44 | | | | Overtime | 4.00 | 4.00 | |
| | | | (10:00 AM) | (10:30 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:30 AM) | 02:40 PM | Nursing | 44 | | | | Overtime | 4.17 | 4.17 | |
| | | | | | | | | | | | **8.67** | **8.17** | **0.50** |
| Sunday | | 8/18/2024 | 05:53 AM | (09:53 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:53 AM) | (10:23 AM) | Nursing | 44 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:23 AM) | 02:30 PM | Nursing | 44 | | | | Regular | 4.12 | 4.12 | |
| | | | | | | | | | | | **8.62** | **8.12** | **0.50** |
| Monday | | 8/19/2024 | 05:46 AM | (09:46 AM) | Nursing | 44 | | | | Regular | 4.00 | 4.00 | |