EXHIBIT B

# DECLARATION OF LORETTA ST. CLAIR

I declare under penalty of perjury under the laws of the United States of America that everything contained herein is true and correct and within my personal knowledge.

1. My name is Loretta St. Clair. I was formerly employed as an hourly caregiver by Capstone Cypress OpCo, LLC D/B/A Cypress Place Assisted Living ("Defendant" or "Cypress Place") at Defendant's assisted living facility located in Jefferson, Texas. I worked for Cypress Place from about August 2023 through May 2024. I was paid hourly and clocked in and clock out every day. The time clock that we used to clock in and out was frequently broken or not working.

2. During the time I was employed at Cypress Place, I was a caregiver. As a caregiver, I was not just responsible for providing care to the residents; I also gave the residents showers, served them meals, and for serving meals, and for housekeeping. Because Cypress Place was consistently short staffed, I performed the duties of a caregiver but also performed the duties of a kitchen employee and a housekeeping employee. I often worked over forty hours per week.

3. Cypress Place had a policy of docking 30 minutes from the hours I worked every day, which was supposed to represent a lunch break. However, I was rarely, if ever, able to take a lunch break, and on those days that I was able to eat lunch, it was often interrupted and typically consisted of me eating while working. Instead of taking a lunch break, I would simply continue performing my standard duties, which involved providing care to the residents and helping with kitchen and housekeeping duties.

4. I worked with other hourly employees such as Kelli Davis, Robert St. Clair and Brenda Scott during my employment with Cypress Place. Based on talking to these employees as well as my observations, I am aware that they were paid on an hourly basis, that they would clock in and out each day, and that they also often worked more than forty hours per week.

5. The hourly employees would talk about the fact that management at Cypress Place would cut our hours, as we were all paid for less hours than we actually worked. We would also talk about the fact that management would take away 30 minutes of our time every day for "lunch" even though everyone typically worked through lunch. Because Cypress Place was always short staffed, the facility simply did not have enough staff to care for all the residents while also giving us a 30 minute uninterrupted lunch break.

6. As a result of Cypress Place's policies of time shaving and lunch docking, Cypress Place reduced both regular and overtime hours for both me and for other Cypress Place employees. I am aware of this fact based on my conversations with other Cypress Place employees, including, but not limited to, Kelli Davis, Robert St. Clair and Brenda Scott.

7. Management discouraged us from submitting missed punch sheets for working through lunch. If we had been allowed to submit missed punch sheets for working through lunch, then most hourly employees at Cypress Place would have submitted these sheets every single day. When I submitted a missed punch sheet, it was always for other reasons other than working through lunch, such as the time clock not working correctly or because I made an error punching in or

punching out; I do not recall ever submitting a missed punch sheet just for working through lunch because, as I mentioned, we were discouraged from doing this.

8.  Occasionally when I submitted missed punch sheets because of issues I experienced with the time clock not properly recording my time, I checked the box that read "Did not take a 30 minute lunch break." This occurred on four different dates: 12/25/23, 12/29/23, 3/21/24, 3/28/24.

9.  Of the four missed punch sheets (dated 12/25/23, 12/29/23, 3/21/24, 3/28/24) that I submitted where I checked the box indicating that I did not take a 30 minute lunch break, Cypress Place still docked me 30 minutes on *all four* dates. True and correct copies of my missed punch sheets for 12/25/23, 12/29/23, 3/21/24, 3/28/24 are attached to my Declaration as Attachment 1. True and correct copies of my reported time for 12/25/23, 12/29/23, 3/21/24, 3/28/24 are attached to my Declaration as Attachment 2.

10. Based on my discussions with other hourly Cypress Place employees, I believe there are many current and former employees who would join a collective action to try to recover their unpaid overtime compensation from Defendant if they were informed of their rights to do so, and especially if they were informed of their right to do so without the fear of retaliation for asserting their rights to recover their unpaid overtime. Most, if not all, of Defendant's employees have smart phone cell phones with the ability to receive text messages and view websites. Sending notice of the collective action by cell phone and e-mail will be a very effective way to advise potential class members of this lawsuit and their ability to join.

_Loretta St. Clair_
Loretta St. Clair

12 / 03 / 2025
Dated

Doc ID: c3365c732ff72a8cc9fbf5144af64b401d8d9c2f



# CAPSTONE
## HEALTHCARE

### Missed Punch / Missed Meal Break Form

Employee Name: **Loretta St. Clair**  ID# **9992**

Date to Correct in isolved: **Time 1 a half 12-25-23 5:30am to 2pm   12-29-23 5:28am to 2pm**   ==11-23-23 didn't get holiday pay work==

Reason for Correction (required for approval): **time clock out**

☒ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: **Loretta StClair**   Date: **12-29-23**

Supervisor Signature: _____   Date: _____

Administrator Signature: **[signature]**   Date: **12-29-23**

☐ Payroll Updated  HR Initials: _____   Date Corrected: _____

CAPSTONE_000634



# CAPSTONE
## HEALTHCARE

### Missed Punch / Missed Meal Break Form

Employee Name: **Loretta St.Clair**    ID# **9992**

Date to Correct in isolved: **3-21-24**

Reason for Correction (required for approval): **Time clock messed up**

☑ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | 5:30 am |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | 2:05 pm |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: *Loretta St.Clair*    Date: **3-21-24**

Supervisor Signature: _____    Date: _____

Administrator Signature: *[signature]*    Date: **3/25/24**

☑ Payroll Updated   HR Initials: **DJ**   Date Corrected: **3-25-24**

CAPSTONE_000640



# CAPSTONE
## HEALTHCARE

Missed Punch / Missed Meal Break Form

Employee Name: **Loretta St.Clain**  ID# **9992**

Date to Correct in isolved: **3-28-24**

Reason for Correction (required for approval): **couldn't get to time clock man fixing printer**

☒ Did NOT take a 30-minute lunch break.

| Missed Punch | Time |
|---|---|
| Clock In: | 5:27 am |
| Out Lunch: | |
| In Lunch: | |
| Clock Out: | 2:05 pm |

By signing below, I acknowledge the changes noted above. All other punches for the day are accurate:

Employee Signature: *Loretta StCla*     Date: **3-28-24**

Supervisor Signature: _____     Date: _____

Administrator Signature: *[signature]*     Date: **3/28/24**

☐ Payroll Updated   HR Initials: _____   Date Corrected: _____

*Scanned to Jana 3-28-24-04*   CAPSTONE_000641

| Day | Alert | Date | Start | End | Department | Position | GL | Division | Date | Earning | Hours/Units | Paid | Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (10:03 AM) | 02:55 PM | Nursing | 45 | | | | Regular | 4.87 | 4.87 | |
| | | | | | | | | | | | 9.37 | 8.87 | 0.50 |
| Tuesday | | 12/12/2023 | 05:34 AM | (09:34 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:34 AM) | (10:04 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:04 AM) | 01:57 PM | Nursing | 45 | | | | Regular | 3.88 | 3.88 | |
| | | | | | | | | | | | 8.38 | 7.88 | 0.50 |
| Wednesday | | 12/13/2023 | 05:34 AM | (09:34 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:34 AM) | (10:04 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:04 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 3.93 | 3.93 | |
| | | | | | | | | | | | 8.43 | 7.93 | 0.50 |
| Thursday | | 12/14/2023 | 05:32 AM | (09:32 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:32 AM) | (10:02 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:02 AM) | (01:25 PM) | Nursing | 45 | | | | Regular | 3.38 | 3.38 | |
| | | | (01:25 PM) | 02:01 PM | Nursing | 45 | | | | Overtime | 0.60 | 0.60 | |
| | | | | | | | | | | | 8.48 | 7.98 | 0.50 |
| Sunday | | 12/17/2023 | 05:34 AM | 09:20 AM | Nursing | 45 | | | | Regular | 3.77 | 3.77 | |
| Wednesday | | 12/20/2023 | 05:37 AM | (09:37 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:37 AM) | (10:07 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:07 AM) | 11:54 AM | Nursing | 45 | | | | Regular | 1.78 | 1.78 | |
| | | | | | | | | | | | 6.28 | 5.78 | 0.50 |
| Saturday | | 12/23/2023 | 05:30 AM | (09:30 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:30 AM) | (10:00 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:00 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | | | | | | | | | 8.50 | 8.00 | 0.50 |
| Sunday | | 12/24/2023 | 05:30 AM | (09:30 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:30 AM) | (10:00 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:00 AM) | 02:01 PM | Nursing | 45 | | | | Regular | 4.02 | 4.02 | |
| | | | | | | | | | | | 8.52 | 8.02 | 0.50 |
| Monday | | 12/25/2023 | 05:30 AM | (09:30 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:30 AM) | (10:00 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:00 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | | | | | | | | | 8.50 | 8.00 | 0.50 |
| Tuesday | | 12/26/2023 | 05:32 AM | (09:32 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:32 AM) | (10:02 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:02 AM) | 02:01 PM | Nursing | 45 | | | | Regular | 3.98 | 3.98 | |
| | | | | | | | | | | | 8.48 | 7.98 | 0.50 |
| Friday | | 12/29/2023 | 05:28 AM | (09:28 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:28 AM) | (09:58 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:58 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.03 | 4.03 | |
| | | | | | | | | | | | 8.53 | 8.03 | 0.50 |
| Saturday | | 12/30/2023 | 05:30 AM | (09:30 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:30 AM) | (10:00 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:00 AM) | (01:58 PM) | Nursing | 45 | | | | Regular | 3.97 | 3.97 | |
| | | | (01:58 PM) | 02:04 PM | Nursing | 45 | | | | Overtime | 0.10 | 0.10 | |
| | | | | | | | | | | | 8.57 | 8.07 | 0.50 |

| Day | Alert | Date | Start | End | Department | Position | GL | Division | Date | Earning | Hours/Units | Paid | Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **8.48** | **7.98** | **0.50** |
| Monday | | 3/18/2024 | 05:21 AM | (09:21 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:21 AM) | (09:51 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:51 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.15 | 4.15 | |
| | | | | | | | | | | | **8.65** | **8.15** | **0.50** |
| Thursday | | 3/21/2024 | 05:20 AM | (09:20 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:20 AM) | (09:50 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:50 AM) | 02:05 PM | Nursing | 45 | | | | Regular | 4.25 | 4.25 | |
| | | | | | | | | | | | **8.75** | **8.25** | **0.50** |
| Saturday | | 3/23/2024 | 05:24 AM | (09:24 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:24 AM) | (09:54 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:54 AM) | 01:52 PM | Nursing | 45 | | | | Regular | 3.97 | 3.97 | |
| | | | | | | | | | | | **8.47** | **7.97** | **0.50** |
| Sunday | | 3/24/2024 | 05:19 AM | (09:19 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:19 AM) | (09:49 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:49 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.18 | 4.18 | |
| | | | | | | | | | | | **8.68** | **8.18** | **0.50** |
| Wednesday | | 3/27/2024 | 05:22 AM | (09:22 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:22 AM) | (09:52 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:52 AM) | 02:07 PM | Nursing | 45 | | | | Regular | 4.25 | 4.25 | |
| | | | | | | | | | | | **8.75** | **8.25** | **0.50** |
| Thursday | | 3/28/2024 | 05:27 AM | (09:27 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:27 AM) | (09:57 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:57 AM) | 02:05 PM | Nursing | 45 | | | | Regular | 4.13 | 4.13 | |
| | | | | | | | | | | | **8.63** | **8.13** | **0.50** |
| Friday | | 3/29/2024 | 05:28 AM | (09:28 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:28 AM) | (09:58 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:58 AM) | 01:55 PM | Nursing | 45 | | | | Regular | 3.95 | 3.95 | |
| | | | | | | | | | | | **8.45** | **7.95** | **0.50** |
| Saturday | | 3/30/2024 | 05:21 AM | 07:46 AM | Nursing | 45 | | | | Regular | 2.42 | 2.42 | |
| | | | 10:22 AM | 02:00 PM | Nursing | 45 | | | | Regular | 3.63 | 3.63 | |
| | | | | | | | | | | | **6.05** | **6.05** | |
| Sunday | | 3/31/2024 | 05:08 AM | (09:08 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:08 AM) | (09:38 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:38 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.37 | 4.37 | |
| | | | | | | | | | | | **8.87** | **8.37** | **0.50** |
| Tuesday | | 4/2/2024 | 05:23 AM | (09:23 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:23 AM) | (09:53 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (09:53 AM) | 02:00 PM | Nursing | 45 | | | | Regular | 4.12 | 4.12 | |
| | | | | | | | | | | | **8.62** | **8.12** | **0.50** |
| Wednesday | | 4/3/2024 | 05:32 AM | (09:32 AM) | Nursing | 45 | | | | Regular | 4.00 | 4.00 | |
| | | | (09:32 AM) | (10:02 AM) | Nursing | 45 | | | | Meal | 0.50 | | 0.50 |
| | | | (10:02 AM) | 02:05 PM | Nursing | 45 | | | | Regular | 4.05 | 4.05 | |
| | | | | | | | | | | | **8.55** | **8.05** | **0.50** |
| Thursday | | 4/4/2024 | 05:01 AM | 09:33 AM | Nursing | 45 | | | | Regular | **4.53** | **4.53** | |