**EXHIBIT C**

**Did you work for Cypress Place Assisted Living as an hourly worker between___, 2023 and Today?**

**Does This Affect Me?**

If you worked as an hourly employee for Capstone Cypress Opco, LLC, doing business as Cypress Place Assisted Living ("Cypress Place") between _____, 2023 and the date you received this notice and you were paid on an hourly basis, then this may affect you.

**What's This About?**

A former hourly worker for Cypress Place claims that Cypress Place had a policy of not paying her for all the time that she worked. Among other things, she claims that Cypress Place both reduced her reported hours and deducted thirty minutes form her time every day for a lunch period, whether or not she actually took time off for lunch. This lawsuit is seeking money to pay to her and similar workers for unpaid overtime, if any, they worked as hourly workers in the past 3 years. This Notice tells you how you may join the case if you so choose. You are under no obligation to join this case.

At this time, the Court has not decided if Cypress Place violated federal law. Cypress Place disputes the claims and contends it properly paid its hourly workers. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not receive any money if it is awarded in the case.

**What Can I Recover?**

If the workers win, you may get up to two times the additional overtime wages the court determines you should have been paid. If the workers lose, you will get nothing. If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the monetary recovery if any money is recovered.

**Can I be Retaliated Against?**

No. It is illegal for Cypress Place to fire or demote you or otherwise treat you differently just because you joined this suit.

**How Do I Join the Lawsuit?**

If you want to join in the lawsuit, go to [www.cypressplacesuit.com] and fill out the Consent to Join form, or fill out the enclosed *Consent to Join* form and mail, email, or fax it back. You are responsible for being sure the form is received on time. It must be mailed or received by _____, 2026.

**What Are My Choices?**

If you want to join this case, return your *Consent to Join* form by _____, 2026. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

**Can I Get More Information?**

To learn more, call the workers' attorneys at (713) 868-3388. The call is free and confidential. Or write/email to:

The Buenker Law Firm
Cypress Place Overtime Claims
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

The United States District Court in Marshall, Texas approved this Notice.
It has not ruled on the merits of the case.