**EXHIBIT D**

**CONSENT TO JOIN OVERTIME LAWSUIT AGAINST
CAPSTONE CYPRESS OPCO, LLC, d/b/a CYPRESS PLACE ASSISTED LIVING**

The Court-Imposed deadline for filing is _____, 2026.

Print Name _____

1. I hereby consent to join the collective action lawsuit filed against Capstone Cypress Opco, LLC, doing business as Cypress Place Assisted Living ("Defendant") to pursue my claims of unpaid overtime during the time that I worked with the company as an hourly employee.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Kelli Davis and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: _____    Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____    _____
Address                                                                            City/State/Zip

_____    _____
Telephone Number                                                          E-mail Address

_____    _____
Location Worked                                                            Estimated Dates of Employment

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Cypress Place Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com**