**EXHIBIT E**

If you worked for Cypress Place Assisted Living in Jefferson, Texas and were paid by the hour, you may be entitled to join a lawsuit claiming back pay for unpaid compensation for overtime hours. For additional information about the case, including how to join, visit www.cypressplacesuit.com.