UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>**PLAINTIFF**<br><br>v.<br><br>CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY,<br><br>**DEFENDANTS** | § § § § § § § § § § § § § § § § § § | CA NO. 2:25-cv-235 -JRG-RSP |

## ORDER GRANTING PLAINTIFF'S MOTION FOR NOTICE

On this day, the Court considered Plaintiff's Motion for Notice (sometimes referred to herein as "Plaintiff's Motion"). Having considered the pleadings on file, the evidence, and the arguments of counsel, the Court is of the opinion that Plaintiff's Motion should be, and is hereby, **GRANTED** in its entirety.

It is, therefore, **ORDERED** that this case is certified under 29 U.S.C. § 216(b), and will proceed as such until further order of the Court. The Class Members shall include:

**All current and former Cypress Place hourly employees who worked for Cypress Place Assisted Living in Jefferson, Texas, within the past three years, and whose reported hours were cut or whose hours were reduced by 30 minutes because of a "lunch break."**

It is further **ORDERED** that the Court authorizes the expedited issuance of the Notice filed as Exhibit C to Plaintiff's Motion and the Consent Form filed as Exhibit D to Plaintiff's Motion, to be delivered or otherwise disseminated by mail, email, and a website solely dedicated to disseminating the Notice and Consent Form.

It is further **ORDERED** that the Court authorizes the expedited issuance of the Text Message Notice Plaintiff filed as Exhibit E to Plaintiff's Motion, to be delivered or otherwise disseminated by text message.

It is further **ORDERED** that Plaintiff is authorized to offer the putative Class Members the option to consent to join this collective action through the use of electronic signatures.

It is further **ORDERED** that the Parties shall comply with the following schedule:

| **Deadline** | **Subject** |
|---|---|
| No later than 10 days from the date of this Order | Defendant shall provide to Class Counsel in Excel (.xlsx) format the following information regarding all Putative Class Members: full name; last known mailing address(es) with city, state, and zip code; all known email address(es); beginning date(s) of employment; ending date(s) of employment (if applicable); and telephone number(s). |
| 21 Days of receiving the contact information for all Putative Class Members | Class Counsel shall send a copy of the Court-approved Notice and Consent Form to the Putative Class Members by First Class U.S. Mail and electronic mail; Class Counsel may send the Court-approved Text Message Notice of Collective Action through text message; and Class Counsel may make the Notice and Consent Form available on a website solely dedicated to disseminating notice. |
| 30 Days from date Notice is Mailed to Putative Class | Plaintiff's Counsel is authorized to send by mail and e-mail a second identical copy of the Notice and Consent Form to the FLSA Class Members and by text message. FLSA Class Members may return their notice via mail, email, fax, or an electronic signature service to be established by Plaintiff's counsel. |

| | |
|---|---|
| 60 Days from date Notice is Mailed to the FLSA Class | The FLSA Class Members shall have 60 days to return their signed Consent forms for filing with the Court. |

It is so ordered.