

Douglas B. Welmaker

December 12, 2025

Judge Roy Payne
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, TX 75670

      Re:    *Davis v. Capstone Cypress Opco, LLC* et al, CA 2:25-cv-235, issues regarding privilege

Judge Payne:

The Parties have consulted with each other and agree that they do not have any disputes relating to claims of privilege.

Sincerely,

Douglas B. Welmaker

Cc: Via email and this court's ECF system:

Barrett C. Lesher, blesher@hallettperrin.com
Elizabeth M. Reed, ereed@hallettperrin.com
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Counsel for Defendants