UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-cv-235 |

## SECOND UNOPPOSED MOTION TO EXTEND DEADLINES

Defendants Capstone Cypress OPCO, LLC d/b/a Cypress Place Assisted Living ("Cypress Place"), MME Capital Holdings, LLC and Beje Foster, Individually (collectively "Defendants") file this Motion to extend Parties' Deadlines in the Second Amended Docket Control Order entered by this Court (ECF No. 19) by 21 days.

1. Plaintiff sued Defendants claiming that Defendants violated provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., as amended ("FLSA") (ECF No. 1).

2. On June 9, 2025, the Court entered a Briefing Schedule for Plaintiff to file her Motion for Notice, Defendants to respond, and setting a hearing on same. (ECF No. 10).

3. In response to Plaintiff's First Set of Requests for Production, Cypress Place produced over 800 pages of arbitration agreements executed by former and current Cypress Place employees, on October 17, 2025.

4.     On October 20, 2025, Plaintiff sought leave from the Court to extend the deadlines for her to file her Motion for Notice, the Defendants to file their Response, and the Court's hearing date by 45 days. (ECF No. 13). Defendants did not oppose the requested extensions. (*See* ECF No. 23). On October 27, 2025, the Court entered the First Amended Docket Control Order, in which it set Plaintiff's deadline to file her Motion for Notice on December 4, 2025, Defendants' deadline to respond on January 23, 2026, and the hearing on same on February 26, 2026. (ECF No. 14).

5.     Plaintiff filed her Motion for Notice on December 4, 2025. (ECF No. 16).

6.     The Parties intend to use the deposition of Cypress Place's corporate representative in order for, among other things, Plaintiff to investigate the validity of the executed arbitration agreements and evaluate the ability to challenge any of the arbitration agreements, which has a direct effect on Plaintiff's Motion for Notice and Defendants' Response to same.

7.     The Parties initially scheduled the deposition of Cypress Place's corporate representative to occur on January 21, 2026, two days before the deadline contained in the First Amended Docket Control Order for Defendants' Response to Plaintiff's Motion for Notice. In light of the timing of the deposition and the need for the testimony of the corporate representative, Defendants sought relief from the Court to extend the time to file the Response to Plaintiff's Motion for Notice by 21 days. (ECF No. 18).

8.     The Court granted that request and entered the Second Amended Docket Control Order, extending the deadline to file a Response to the Motion for Notice to February 13, 2026, and the hearing on same to March 19, 2026. (ECF No. 19).

9. Shortly before the scheduled deposition of Cypress Place's corporate representative, Defendants' counsel learned that the witness designated to be the corporate representative had been diagnosed with infectious mononucleosis and would not be able to sit for the deposition. Plaintiff's counsel suggested rescheduling the deposition to the end of the following week to allow time for the witness to recover and inclement weather affecting North Texas to pass. The Parties agreed to reschedule the corporate representative's deposition to occur on January 29, 2026.

10. Defendants' counsel conferred with Plaintiff's counsel on January 27, 2026, to confirm the date and time of Cypress Place's corporate representative. Defendants' counsel learned that Plaintiff's counsel had tested positive for the flu and would not be able to take the deposition as scheduled. The Parties conferred on additional availability and agreed to reschedule the corporate representative's deposition to occur on February 11, 2026, which is now two days before Defendants' deadline to file the Response to Plaintiff's Motion for Notice.

11. Defendants intend to use the deposition testimony of Cypress Place's corporate representative to support their argument in opposition to the Motion for Notice that the former and current employees with valid arbitration agreements in place are precluded from receiving notice of the potential collective action. To do so, however, requires additional time to obtain a copy of the corporate representative's deposition transcript, time to make any corrections on an errata sheet, and evaluate arguments using testimony from the February 11, 2026, deposition.

12. Defendants thus respectfully request a second, twenty-one (21) day extension of the deadline to file the response to the motion for notice and the hearing on the motion for notice as set forth in the table below:

| Original Deadline | First Amended Deadline | Second Amended Deadline | Third Amended Deadline | Event |
|---|---|---|---|---|
| January 12, 2026 | February 26, 2026 | March 19, 2026 | April 9, 2026 | Hearing on Motion for Notice, 2:00 p.m., before Judge Roy Payne |
| December 10, 2025 | January 23, 2026 | February 13, 2026 | March 6, 2026 | Deadline to File Response to Motion for Notice |

13. Defendants make this request in good faith and in the interests of justice and judicial economy. Plaintiff indicated that she is not opposed to the relief requested herein.

14. Accordingly, Defendants respectfully request that this Court grant Defendants' Second Unopposed Motion to Extend Phase One Deadlines in this matter.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Barrett C. Lesher*
Barrett C. Lesher
Attorney in Charge
State Bar No. 24070137
blesher@hallettperrin.com
Elizabeth M. Reed
State Bar No. 24116945
ereed@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2026, the foregoing document was served via email on counsel of record as follows:

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

Josef F. Buenker
THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

Counsel for Plaintiff

                                              */s/ Barrett C. Lesher*
                                              Barrett C. Lesher

## CERTIFICATE OF CONFERENCE

      I certify that on February 3, 2026, I conferred with Josef F. Buenker, Plaintiff's counsel in this matter, regarding the relief requested herein and he indicated that Plaintiffs are not opposed to the relief sought in this Motion.

                                              */s/ Elizabeth M. Reed*
                                              Elizabeth M. Reed

4929-1150-3753, v. 1