EXHIBIT 1

## DECLARATION OF AMANDA DARNELL

I declare under the penalty of perjury under the laws of the United States of America that everything contained herein is true and correct and within my personal knowledge.

1.    My name is Amanda Darnell, my date of birth is September 9, 1983, and my address is 7290 Virginia Parkway, Suite 3200, McKinney, Texas 75071. I am the Chief Human Resources Officer for Capstone Cypress OpCo, LLC d/b/a Cypress Place Assisted Living ("Cypress"). Through my position as Chief Human Resources Officer and review of Cypress's records, I have personal knowledge of the facts contained herein.

2.    On January 1, 2021, Cypress began operating the facility located at 100 W. Doulgas Street, Jefferson, Texas 75657 (the "Facility").

3.    Based on my review of Cypress's records, I am informed and believe that Cypress currently employs approximately twenty-five (25) hourly, non-exempt employees.

4.    Based on my review of Cypress's records, I am informed and believe that from January 1, 2021, through the present, Cypress formerly employed 125 hourly, non-exempt employees.

5.    In my capacity as Chief Human Resources Officer, I have access to various employment policies that are currently or were previously in effect. Attached hereto as Exhibit A is a true and correct copy of Cypress's Employee Handbook, which includes its Compensation and Rest Period and Meal Periods Policies.

6.    In my capacity as Chief Human Resources Officer, I also have access to Cypress's employment records for current and former Cypress hourly, non-exempt employees. Based on information and belief, I am aware that Cypress employees, including hourly, non-exempt employees, have been agreeing to Cypress's Arbitration Policy & Procedures ("APPs") since

Cypress began operating the Facility in January of 2021. Attached hereto as Exhibits B and C are true and correct copies of the versions of Cypress's APPs that have been in effect since January of 2021.

7.      Both versions of Cypress's APPs classify "claims for wages or other compensation;" "claims for violation of any federal, state, or other governmental law, statute, regulation or ordinance;" and "any and all claims challenging the validity or enforceability of [the APP] (in whole or in part) or challenging the applicability of the [APP] to a particular dispute or claim"  as "Claims Subject to Arbitration."

8.      Based on my review of Cypress's records, I am informed and believe that every hourly, non-exempt employee Cypress currently employs has executed one of the versions of Cypress's APPs.

9.      Based on my review of Cypress's records, I am informed and believe that 105 of the approximate 125 hourly, non-exempt employees formerly employed by Cypress executed one of the versions of Cypress's APPs.

10.      Based on my review of Cypress's records, I am informed and believe that the three opt-in Plaintiffs, Loretta St. Clair, Robert St. Clair, and Brenda Scott, each executed the Acknowledgement and Receipt of Arbitration Policy and Procedures agreeing to be bound by the APPs and submit to arbitration. True and correct copies of each of the respective opt-in Plaintiffs' Acknowledgements and Receipts of Arbitration Policy and Procedures are attached hereto as Exhibits 1-D, 1-E, and 1-F.

11.      I am the custodian of records for Cypress. I am personally familiar with the manner in which Cypress's records are created and maintained by virtue of my duties and responsibilities. Each of the above exhibits are true and correct copies of records made at or near

the time of each act, event, condition, opinion, or diagnosis set forth in the records. They are exact duplicates of the original records. The records were made by, or from information transmitted by, persons with knowledge of the matter set forth who was acting in the regular course of business. The records were kept in the course of a regularly-conduct business activity. It is the regular practice of Cypress to make the records.

[*signature page follows*]

Executed on March ____ , 2026.

AMANDA DARNELL

EXHIBIT 1-A



# Employee Handbook

*Updated May 2023*

CAPSTONE_000013

# Table of Contents

**Welcome** ................................................................................................................................. 5

**Introduction** ............................................................................................................................. 6

**Mission Statement & Culture Promise** .................................................................................. 7

**Code of Conduct** ..................................................................................................................... 7

**Commitment to Our Residents** ............................................................................................... 7

**Resident Rights Under Federal Law** ...................................................................................... 8

**HIPAA Compliance Information** ........................................................................................... 10

**I.    General Employment Practices** ...................................................................................... 12

Employment at Will .................................................................................................................. 12

Open Communication ................................................................................................................ 12

Equal Opportunity Statement .................................................................................................... 12

Affirmative Action .................................................................................................................... 13

Americans With Disabilities Act (ADA) ................................................................................... 13

Commitment to Employees ....................................................................................................... 13

Harassment and/or Discrimination ............................................................................................ 13

Drug Free Workplace ................................................................................................................ 15

Tobacco Use .............................................................................................................................. 16

Use of Telephones and Cellular Telephones .............................................................................. 16

Social Media, Photographic & Audio Devices .......................................................................... 16

Email and Voicemail ................................................................................................................. 17

Internet ...................................................................................................................................... 18

Weapons .................................................................................................................................... 19

Violence in the Workplace ........................................................................................................ 19

Confidential & Proprietary Information ..................................................................................... 20

Ethics and Conflicts of Interest ................................................................................................. 20

Solicitation ................................................................................................................................ 21

Bulletin Boards ......................................................................................................................... 21

Respectful Workplace ............................................................................................................... 21

Children on Premises ................................................................................................................. 22

**II.    Benefits** ......................................................................................................................... 22

Benefit Introduction .................................................................................................................. 22

Insurance Programs ................................................................................................................... 23

PTO ........................................................................................................................................... 23

Holidays .................................................................................................................................... 24

Personal Leaves of Absence ...................................................................................................... 25

Neutral Absence Control Policy ................................................................................................ 25

CAPSTONE_000014

Family Medical Leave ................................................................................................................. 26

Military Leave ............................................................................................................................. 27

Intermittent Leave ...................................................................................................................... 28

- Employee Notice of Certification Requirements ........................................................ 29
- Medical & Other Certifications ................................................................................... 29
- Fitness for Duty Certifications ................................................................................... 30
- Maintenance of Benefits ............................................................................................. 30
- Return from Leave ...................................................................................................... 31

Bereavement Leave ..................................................................................................................... 31

Jury Duty ..................................................................................................................................... 31

Voting Leave ............................................................................................................................... 32

Professional Development .......................................................................................................... 32

Tuition Reimbursement .............................................................................................................. 32

Nursing Scholarship Program .................................................................................................... 32

**III.    Compensation** ..................................................................................................................... **32**

Timekeeping ............................................................................................................................... 32

Overtime ..................................................................................................................................... 33

Payment of Wages ...................................................................................................................... 33

Performance & Compensation Reviews ..................................................................................... 34

**IV.    Employment** ............................................................................................................................ **34**

Application for Employment ...................................................................................................... 34

Background Checks .................................................................................................................... 34

Credentials/License Verification ............................................................................................... 35

Immunizations ............................................................................................................................ 35

Employment of Relatives ........................................................................................................... 36

Employment of Minors .............................................................................................................. 36

Employment Eligibility Documents ........................................................................................... 36

Physical Screenings .................................................................................................................... 36

Employment Records .................................................................................................................. 36

Orientation Period ...................................................................................................................... 37

Employee Classifications ........................................................................................................... 37

Employee in Good Standing ....................................................................................................... 38

New Employee Orientation ........................................................................................................ 38

In-Service/Mandatory Training .................................................................................................. 38

Hours of Work ............................................................................................................................ 38

Schedule Changes ....................................................................................................................... 39

Attendance and Punctuality ....................................................................................................... 39

Rest Period and Meal Periods .................................................................................................... 40

Dress Code .................................................................................................................................. 40

CAPSTONE_000015

Identification Badges and Building Access ............................................................................... 40

Personal Property ................................................................................................................... 40

Transfers and Promotions ...................................................................................................... 40

Standards of Conduct ............................................................................................................. 41

Personal Conduct ................................................................................................................... 42

Performance Improvement & Progressive Discipline .............................................................. 42

Suspension ............................................................................................................................. 43

Performance Improvement Plan ............................................................................................. 43

Separation of Employment .................................................................................................... 43

Termination ........................................................................................................................... 43

Resignation ............................................................................................................................ 44

Exit Interview ........................................................................................................................ 44

Returning Facility Property .................................................................................................... 44

References .............................................................................................................................. 44

Reemployment ....................................................................................................................... 44

Continuation of Health Plan Coverage .................................................................................. 45

V.      **Safety**.............................................................................................................................. **45**

Occupational Health and Safety Program .............................................................................. 45

Safety in the Workplace ......................................................................................................... 45

Vehicles and Driver Safety ..................................................................................................... 46

Occupational Injury Program ................................................................................................. 46

VI.     **Employee Acknowledgement Form**.............................................................................. **47**

(Signature Required) ............................................................................................................. 47

CAPSTONE_000016

## Welcome to Capstone Healthcare!

Welcome to the Capstone Healthcare team! We are excited to have you join us in our mission to deliver the highest standard of care for our residents, families, and community.

Capstone is dedicated to attracting, developing, and retaining the best individuals for all positions within our organization. Serving others is both challenging and rewarding. We believe that everyone has important contributions to make, as such, we are committed to valuing you as an individual, and providing a positive, satisfying place to work.

This Employee Handbook will help illustrate what it means to be part of the Capstone Healthcare team, explain our expectations, and what we have to offer you. If you have any questions, please feel free to speak with your Supervisor, Administrator, or Human Resources Manager.

You have joined a successful community! We are depending on you to help us achieve our goals. Our hope is that your career with Capstone Healthcare will be long-lasting, fulfilling, and productive.

Sincerely,


The Capstone Healthcare Team

CAPSTONE_000017

## <u>Introduction</u>

Welcome to our community! We are thrilled to have you as part of our team and look forward to working together to provide the best care possible for our residents.  As an employee of our facility, you are an integral part of our mission to enhance the quality of life for those we serve. It is our goal to create an environment that is both nurturing and supportive, where residents can thrive, and families can feel confident in the care we provide.

We believe that clear communication is key to a successful workplace, and we hope this handbook will serve as a valuable resource throughout your employment.  Please take the time to read through this handbook carefully and familiarize yourself with its contents. If you have any questions or concerns, please do not hesitate to speak with your supervisor or a member of our management team.  Once again, we are thrilled to have you on board and look forward to a successful partnership together!

This handbook serves as the guide for the employer/employee relationship. It summarizes the policies and practices in effect at the time of publication. This handbook supersedes all previously issued versions and any previously issued policy, benefit statements, or other documents that are inconsistent with this publication.

There are several important things to keep in mind regarding this Employee Handbook. First, it contains only general information and guidelines and is not intended to be comprehensive or to address all the possible applications of, or exceptions to the general policies and procedures described. For that reason, if you have any questions concerning eligibility for a particular benefit, or the applicability of a policy or practice to you, you should address your specific questions to the Human Resources Manager. Neither this handbook nor any other facility document confers any contractual right, either expressed or implied, to remain in the facility's employment, nor does it guarantee any fixed terms/or and conditions of your employment. Your employment is not for a specific time and may be terminated at will, with or without cause and without prior notice, by the facility, or you may resign for any reason at any time.

Second, the procedures, practices, policies, and benefits described here may be modified or discontinued from time to time on a going-forward basis. We will try to inform you of any changes as they occur.

Third, this handbook and the information in it should be treated as confidential. No portion of this handbook should be disclosed to others, except Capstone Healthcare employees and others affiliated with the facility whose knowledge of the information is required in the normal course of business.

CAPSTONE_000018

## Mission Statement

Capstone's mission is founded on establishing a higher industry standard of person-centered care which promotes choice, purpose, and meaning in daily life. Our holistic vision of wellness allows us to provide a healing environment where the needs of our residents move beyond just a diagnosis and treatment and into a space where they can feel known as the multi-dimensional people they are.

## Culture Promise

At Capstone Healthcare, we understand that in order to provide optimal care for our residents, it is essential that employee performance and satisfaction is supported.  Along with creating a safe and caring work environment, our company platform invests in the professional development of our staff and cultivates a deeper sense of purpose.  We believe that each employee plays a significant role to our team, our mission, and the residents we serve.

## Code of Conduct

Included in this handbook is an overview of the Code of Conduct, which details the facility rules regarding ethical conduct in the workplace. All employees are expected to adhere to the Code of Conduct at all times. Employees are obligated to report violations of Code of Conduct or other compliance issues to the facility Administrator.

Accomplishing our goals rests upon maintaining integrity and professionalism. It is our policy that all officers, employees, representatives, and agents comply with all relevant laws, rules, regulations, and adhere to the highest ethical standards in the conduct of facility business and the handling of our clients.

## Commitment to Our Residents

Providing quality care and service to each resident is our single most important responsibility. This is the resident's home, and we are their guests. They deserve to be treated with dignity and respect.

Many of our residents have had several unfortunate losses, such as difficulty walking, hearing, or seeing.  As well as some not so obvious losses, like the loss of independence, family, friends, and all that is familiar to them. To make sure that our residents feel comfortable and at ease, we are committed to making our facility a safe, clean, enriching environment.

CAPSTONE_000019

**Resident Rights**

Our Residents Rights Statement promises every resident that we will do what we reasonably can to guarantee the fundamental rights and individual sense of dignity to which every human being is entitled. Our Residents Rights Statement appears in the article following this section. It is your responsibility to protect our residents' rights in accordance with the Resident Rights Statement. You have an obligation to read this important policy, understand what it means, and comply.

**Keeping Resident Information Confidential**

As a condition of employment, you must agree to keep all information concerning our residents confidential. Our residents are entitled to, and the law requires, total confidentiality, particularly regarding medical information. The release of confidential information to unauthorized persons could result in disciplinary action and possible termination. If anyone asks for such information, you should refer that person to your Supervisor or Administrator.

## Resident Rights Under Federal Law

By signing the Handbook Acknowledgement, the Employee acknowledges that they have received a copy of the Resident Rights.  Employees shall treat all residents with kindness, respect, and dignity.  Any employee who is found to be in violation of resident rights will be subject to appropriate corrective action, up to and including termination.  The facility shall protect and promote the rights of each Resident, including each of the following rights:

1.      Federal and state laws guarantee certain basic rights to all residents of this facility. These rights include the resident's right to:

      a.      A dignified existence;

      b.      Be treated with respect, kindness, and dignity;

      c.      Be free from abuse, neglect, misappropriation of property, and exploitation;

      d.      Be free from corporal punishment or involuntary seclusion, and physical or chemical restraints not required to treat the resident's symptoms;

      e.      Self-determination;

      f.      Communication with and access to people and services, both inside and outside the facility;

      g.      Exercise his or her rights as a resident of the facility and as a resident or citizen of the United States;

      h.      Be supported by the facility in exercising his or her rights;

      a.      Exercise his or her rights without interference, coercion, discrimination, or reprisal from the facility;

CAPSTONE_000020

j.  Be informed about his or her rights and responsibilities;

k.  Appoint a legal representative of his or her choice, in accordance with state law;

l.  Revoke the delegation of a legal representative, in accordance with state law;

m.  Exercise rights not delegated to a legal representative;

n.  Have his or her same-sex spouse (if applicable) afforded treatment equal to that of an opposite-sex spouse;

o.  Be notified of his or her medical condition and of any changes in his or her condition;

p.  To be informed of, and participate in, his or her care planning and treatment;

q.  Access personal and medical records pertaining to him or herself;

r.  Manage his or her personal funds, or have the facility manage his or her funds (if he or she wishes);

s.  Choose an attending physician and participate in decision-making regarding his or her care;

t.  Privacy and confidentiality;

u.  Voice grievances to the facility, or other agency that hears grievances, without discrimination or reprisal and without fear of discrimination or reprisal;

v.  Have the facility respond to his or her grievances;

w.  Examine survey results;

x.  Communicate with outside agencies (e.g., local, state, or federal officials, state and federal surveyors, state long-term care ombudsman, protection, or advocacy organizations, etc.) regarding any matter;

y.  Work or not work;

z.  Performs services for the facility if he or she chooses or refuse to perform services for the facility;

aa.  Visit and be visited by others from outside the facility;

bb.  Be informed of safety or clinical restriction or limitations of visitation;

cc.  Access to a telephone, mail, and email;

dd.  Communicate in person and by mail, email, and telephone with privacy;

ee.  Retain and use personal possessions to the maximum extent that space and safety permit;

CAPSTONE_000021

ff.      Share a room with a spouse if that is mutually agreeable;

gg.      Share a room with his or her roommate of choice when practicable, both residents live in the same facility and both residents agree;

hh.      Self-administer medication if the interdisciplinary care planning team determines it is safe;

ii.      Refuse a transfer from a distinct part within the institution; and

jj.      Equal access to quality care, regardless of source of payment.

2.      Copies of our resident rights are posted throughout the facility, and a copy is provided to each employee, provider, and contracted staff member. In addition, staff will have appropriate in-service training on resident rights prior to having direct-care responsibilities for residents.

3.      The unauthorized release, access, or disclosure of resident information is prohibited. All release, access, or disclosure of resident information must be in accordance with current laws governing privacy of information issues. All inquiries concerning the release of resident information should be directed to the HIPAA compliance officer.

4.      Orientation and in-service training programs are conducted quarterly to assist our employees in understanding our residents' rights.

5.      Inquiries concerning residents' rights should be referred to the Social Services Director.


## HIPPA Compliance Information

HIPAA is an acronym for Health Insurance Portability and Accountability Act of 1996 (45 C.F.R. 164.530(g)). It is comprised of two legislative actions - Health Insurance Reform and Administrative Simplification. Administrative Simplification is designed to:

1. Improve efficiency and effectiveness by standardizing the exchange of electronic data for administrative and financial transactions.
2. Reduce health care fraud and abuse.
3. Protect the security, privacy, and confidentiality of health information.

Prior to HIPAA, there was no common standard electronic format for the transfer of information between health care provider and payer organizations. Implementing a national standard means that all health care organizations use one format, and thus simplify and improve transactions efficiency throughout the U.S. This includes Medicare, Medicaid, and managed care providers, which should make the billing of claims much easier.

The HIPAA Privacy Standard should be your primary focus and addresses the uses and disclosures of patient's health information, gives residents additional access to those records, and may give the resident the right to know who else has or has had access to those records.

CAPSTONE_000022

**Residents Right to Privacy of Protected Data**

"Protected data" is individually identifiable information that relates to an individual's past, present, or future physical or mental health condition, which is created or received by a health care provider health plan, public health authority, employer life insurer, school, college, or clearinghouse. In short, it is any piece of information which would reasonably identify an individual, that relates to their medical condition. Examples include, but are not limited to:

| | |
|---|---|
| ➢ Name | ➢ UL or IP Number |
| ➢ Relative's Names | ➢ Photos |
| ➢ Email Addresses | ➢ Zip Code |
| ➢ Vehicle Serial Number | ➢ Date of Birth |
| ➢ Address | ➢ SSN |
| ➢ Employer | ➢ Health Plan Number |

We have the right to exchange resident health information with other providers as it relates to their medical treatment billing or our general health care operations. You do not need to be concerned with sharing information with physicians, labs, managed care entities, etc. Although, you can only provide information that they need to perform their job functions and no more. General healthcare operations that relate to quality assessment, credentialing, compliance audits, and legal proceedings are all part of general operations of a business and are therefore excluded.

**Your Role in Protecting Resident Information**

All records must be stored in a secure place and should not be left open for anyone who passes by to see, including information contained on computers. Do not leave charts open on desks, or computers left on with resident information open. Do not share resident information with volunteers, or any other individual or organization that is not directly involved in the care of the resident, the collection of payment from a resident, or during day-to-day administrative duties. When discussing resident information with the Power of Attorney of a resident, do so quietly. Do not give information about the resident to anyone that does not have the Power of Attorney without specific, written consent from the resident. Avoid using the resident's name in hallways, dining areas, or any other areas. Never use the intercom system to call a resident.

If you have any questions about HIPAA, please see your department Supervisor.

CAPSTONE_000023

## I.  General Employment Practices

**Employment at Will**

Nothing contained in this employee handbook or in any other materials or information distributed by the facility creates a contract of employment between an employee and the facility. Employment is on an at-will basis. This means that employees are free to resign their employment at any time, for any reason, and the facility retains that same right. No statements to the contrary, written, or oral, either made before or during an individual's employment can change this.

The policies in this handbook are intended for all employees of the facility, its divisions, and subsidiaries. The facility reserves the right to revise, change, or terminate policies or procedures at any time, with or without notice.

**Open Communication**

Communication is at the heart of good employee relations. Employees should share their concerns, seek information, provide input, and resolve work-related issues by discussing them with their immediate Supervisor until they are fully resolved. If an issue cannot be resolved at this level, the employee may discuss the issue with the next level of management. If the employee's concern cannot be resolved within the appropriate levels of management, the employee may discuss it with the Administrator.

Regardless of the situation, employees should be able to openly discuss any work-related problems and concerns without fear of retaliation. Managers and Supervisors are expected to listen to employee concerns, encourage their input, and seek a mutually acceptable resolution to the issues that are brought to their attention. Often, this will require arranging a meeting in the near future. Managers and/or Supervisors are to set these meetings as quickly as possible, and employees are expected to understand that issues and concerns may not always be addressed at the moment they arise. Employees may also seek the advice of Administration.

If an employee has a concern about discrimination and/or harassment, the employee should report this concern immediately to their immediate Supervisor, facility Administrator, or Human Resources Manager.

**Equal Opportunity Statement**

The facility is an equal opportunity employer and its facility policy to recruit, employ, advance in employment, and otherwise treat all employees and applications for employment on the basis of qualifications for a specific job and without regard to race, age, color, religion, gender, national origin, physical or mental handicap, sexual orientation, marital status or Veteran status.

CAPSTONE_000024

**Affirmative Action Plan**

The facility has established an Affirmative Action Plan to promote the employment and advancement of members of those covered groups identified by statute and regulations, including minorities, women, qualified disabled individuals, disabled Veterans and Vietnam-era Veterans. Employees who wish to identify themselves as a covered Veteran or disabled individual should contact Human Resources.

The policy of non-disclosure and affirmative action pursued by the facility applies to all levels of employment, to all employment practices, including (but not limited to) recruitment, hiring, upgrading, demotion, termination, benefits, salary, transfer, layoff and re-hire, and training; and to educational, social, and recreational programs.

**Americans with Disabilities Act (ADA) (42 U.S.C. 12203; 29 C.F.R.1630.12)**

An individual applicant or employee who requires reasonable accommodation in order to perform the essential functions of the job should contact Human Resources. The facility will then work with the individual to identify potential accommodations and assess how effective each would be in enabling him or her to do the job. In accordance with applicable State and Federal laws, the facility will make reasonable accommodations for identified physical or mental limitations unless such accommodations would place an undue hardship on the business and/or its operations.

**Commitment to Employees**

Our facility accepts its responsibility to provide employees with a safe working environment, competitive pay, benefits, and working conditions equal to or better than those of other similar companies within our industry.  We respect the rights, privacy, and dignity of our employees and will actively oppose any interference limiting your right to deal directly with Supervisors and management.

**Harassment and Discrimination**

Unlawful Harassment:

The facility is committed to providing a work environment free of discrimination, including unlawful harassment and/or sexual harassment related to legally protected personal characteristics, including race, religion, creed, color, national origin, ancestry, mental or physical disability, certain medical conditions, marital status, age, sexual orientation, or any other basis protected by federal, state, local law, or ordinance.

Scope of Policy:

The facility's anti-harassment policy applies to all persons involved in the operations of the facility, including Supervisors and co-workers, as well as any person doing business with or for the facility. The policy also applies to all phases of employment, including recruiting, hiring, transfer, promotion, layoff or reduction-in-force, discipline, termination, rates of pay, and selection for special assignments or opportunities.

CAPSTONE_000025

Unlawful harassment in any form, including written, verbal, physical, or visual contact, threats, demands, and/or retaliation is prohibited and will not be tolerated and may result in immediate termination. It is each employee's responsibility to maintain a harassment-free environment. In addition, the facility will take all reasonable steps to prevent or eliminate harassment by non-employees, including customers, clients, and suppliers, who are likely to have workplace contact with our employees.

Prohibited Behavior:

Unlawful harassment can take many forms including, but not limited to these examples:

- ➢ Written:  Sexually suggestive or obscene letter, notes, invitations, e-mail, or text.
- ➢ Verbal:  Sexual innuendoes and other suggestive comments; racial or ethnic slurs; jokes about sex, race, age, religion, disability, or gender-specific traits; sexual advances or propositions; insults or threats.
- ➢ Visual:  Leering, suggestive or insulting looks, inappropriate gesturing, displaying sexually suggestive pictures or objects, cartoons, calendars, posters, or magazines.
- ➢ Physical: Intentional touching of the body (e.g., brushing, patting, pinching), kissing, inappropriate display of body parts, coercing acts of sexual nature, impeding or blocking movement, or assault.

Sexual harassment also includes continuing to express social or sexual interest after being informed that the interest is unwelcome. It is further impermissible to use, suggest, or imply the use of sexual behavior to control, influence, or in any way affect the career, salary, or work of another employee.

Monitoring and Prevention:

The facility takes all reasonable steps to see that all employees, Supervisors, and others follow the policy prohibiting harassment of any kind, including regular training of employees, and use of employee surveying to monitor ongoing compliance at each work site.

**Complaint Procedure and Investigation**

Any employee who experiences or witnesses harassment should immediately report the situation to his or her Supervisor. If the employee is not comfortable discussing the situation with the Supervisor, the situation may be reported to another Supervisor, local Human Resources, or Administrator.

Any report of harassment will be taken seriously and thoroughly investigated. Throughout the process, confidential or sensitive information will be shared only with those who have a need to know. The facility will not retaliate against any employee for filing a complaint in good faith, or participating in an investigation, and will not knowingly permit retaliation by management employees or the employees' co-workers.

CAPSTONE_000026

Disciplinary Action:

Any employee who is found to be in violation of the policy, or who attempts to retaliate against an employee for reporting or participating in an investigation, will be subject to appropriate corrective action, up to and including termination. A non-employee who is found to have harassed a facility employee will be subject to sanctions, up to and including discontinuation of the business relationship.

**Drug Free Workplace**

The facility is committed to providing a safe, healthy, and efficient working environment for all employees. To help achieve this goal, employees are prohibited from:

➢ Possessing, distributing, selling, manufacturing, or being under the influence of any illegal drug.
➢ Consuming alcoholic beverages while on facility premises, in facility vehicles, or while on facility business or time, bringing alcohol onto facility premises, or being under the influence of alcohol while on facility premises.
➢ Abusing prescription drugs or possessing prescription drugs that have not been prescribed for the employee by a physician.

An employee who violates this policy is subject to corrective action up to and including termination of employment.

Use of some drugs is detectable for several days. Detection of such drugs or the presence of alcohol will be considered being "under the influence." Refusal to submit to a drug and/or alcohol screen is grounds for immediate termination.

The facility's substance abuse program includes several components to support its efforts to remain drug-free, and may include:

➢ Supervisory training;
➢ Employee awareness program;
➢ Drug testing of all applicants receiving a job offer;
➢ Drug testing following accidents involving injury and/or property damage;
➢ Drug testing for cause or when a Supervisor suspects that an employee is "under the influence" during working hours.

All information relating to drug and/or alcohol screens is to be kept strictly confidential. The information will be kept in each employee's medical file, which will be maintained separately from the employee's personnel file. These medical files will be kept locked and secured, and access will be limited to certain individuals in the facility. Under no circumstances should the results of a drug and/or alcohol screen be discussed with individuals that do not have a work-related need to know.

If a Supervisor suspects that an individual is at work and under the influence of alcohol and/or drugs, the Supervisor should notify the Administrator to seek authorization to test the employee.

CAPSTONE_000027

The Supervisor may be granted permission to test the employee if sufficient objective symptoms exist to indicate the employee may be under the influence of drugs and/or alcohol.

**Tobacco Use**

The use of tobacco products including, but not limited to cigarettes, cigars, pipes, electronic cigarettes, vaping devices, and smokeless tobacco, is prohibited inside any of the facilities or vehicles. If the facility is not designated smoke-free, then the use of tobacco products will be allowed in facility-designated areas outside the facility. Appropriate signage will be placed at entrances to all buildings advising employees and visitors that the facility maintains a tobacco-free environment. The Administrator will designate areas outside the building where the use of tobacco products will be allowed. This policy relates to all work areas at all times, including before and after normal working hours.

**Use of Telephones and Cellular Phones**

Office telephones are a vital part of our business operation. Because of the large volume of business transacted by telephone, personal use of the telephone should be limited, and personal calls should be brief.

Cellular telephones are furnished to certain employees in connection with their job duties. Regardless of whether it is a personal cellular telephone, or one provided by the facility, employees need to limit personal use of their cellular telephone (including texting) in the same way they need to limit personal use of their office telephone. Employees that have excessive cellular usage for personal calls will be subject to corrective action up to, and including, termination. The facility requires the safe use of its cellular telephones by employees while conducting business. The employee should not use the cellular telephone while driving due to safety concerns. If an employee is unable to pull over or stop before receiving a cellular telephone call, keep the business conversation brief, and immediately locate a safe area to park your vehicle. Refer to facility policy for additional specific details regarding personal cell phone use.

**Social Media, Photographic & Audio Devices**

To safeguard resident privacy, the facility does not permit photographing of any kind or use of audio devices anywhere on facility property at any time, including breaks/off the clock, without the prior consent of the Administrator or designee, and consent of the person being photographed or recorded.

A photographic device is any device that captures an image and outputs the resulting image on a display surface. This includes all videos, still capture devices, and any audio device that can be listened to or records sound.

In addition, the facility also prohibits the use of any recorded images or sounds to be placed on any internet related site including, but not limited to, social networking sites such as Facebook, Twitter, Snapchat, Instagram, TikTok, or Myspace, without prior approval of the Administrator

CAPSTONE_000028

written consent of resident(s).  Please refer to the facility policy for additional information regarding this policy.

Using Social Media at Work:

Refrain from using social media during work time or on equipment we provide unless it is work-related as authorized by your manager or consistent with the Company Equipment Policy.  Do not use Capstone Healthcare email addresses to register on social networks, blogs, or other online tools utilized for personal use.

Do not tag the facility or company in social media posts or replies unless provided approved by the Administrator.

Retaliation is Prohibited:

Capstone Healthcare prohibits taking negative action against any associate for reporting a possible deviation from this policy or for cooperating in an investigation. Any associate who retaliates against another associate for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

Post only appropriate and respectful content:

- Maintain the confidentiality of Capstone Healthcare's private or confidential information, which may include information regarding the development of systems, processes, products, know-how and technology. Do not post internal reports, policies, procedures, or other internal business-related confidential communications.
- Do not create a link from your blog, website, or other social networking site to a Capstone Healthcare website/social media site.
- Express only your personal opinions. Never represent yourself as a spokesperson for Capstone Healthcare.

Violating HIPAA, including social media posts that disclose confidential patient information, can result in investigations by the Office for Civil Rights (OCR), fines, and even criminal charges.

Violations of this policy can lead to disciplinary action up to and including termination.

**Email and Voicemail**

Telephones, computers, networks, and all other electronic forms of communications are efficient and valuable business tools. They also are the property of the facility. Employees do not have a personal privacy right to any matters received, created in, sent over, or stored in the facility's telephone systems/devices, communication systems/devices, and/or computer systems/devices. In short, none of these systems or devices are considered confidential, nor should they be used to meet an employee's own personal needs. If an employee receives a message that is not addressed to them, they are not authorized to read or use information contained in that message.

CAPSTONE_000029

The facility reserves the right to monitor, access, and read any and all information contained in its telephone systems/devices, communication systems/devices, and/or computer systems/devices. Employees will be in violation of the facility's discrimination and/or harassment policy if employees send, receive, or access discriminatory, harassing or otherwise inappropriate messages via any of these systems.

Brief and occasional personal use of e-mail is acceptable if it is not excessive or inappropriate, does not occur during work time, does not violate any of the prohibitions listed above, and does not result in expenses to the facility. Management reserves the exclusive right to determine whether any use is inappropriate, excessive, and/or violates this policy.

## Internet

Although employees may have their own passwords for accessing e-mail, the internet, and computers issued to them, facility computers, and the information that is received or transmitted through them, is the property of the facility, and employees should have no expectation of privacy regarding any information contained on computer terminals to which they have access. Employees with access to a computer terminal should not:

➢ Download software without approval from the IT department. Software that is approved for downloading must be registered to the facility;
➢ Copy software unless authorized by the IT Director;
➢ Knowingly introduce a computer virus, worm, "Trojan horse," or any other contaminating or destructive features into facility computers;
➢ Transmit copyrighted materials without permission;
➢ Download files from the Internet except for an express business purpose;
➢ Transmit, forward, or download material that is offensive, abusive, pornographic, obscene, profane, discriminatory, harassing, insulting, derogatory, inflammatory, fraudulent, or otherwise unlawful;
➢ Use e-mail or the Internet for any purpose that is illegal, against facility policy, or contrary to the facility's best interest;
➢ Transmit or disseminate facility confidential information, proprietary materials, or trade secrets to any outside source without an express business purpose or authorization;
➢ Participate in instant messaging;
➢ Solicit non-facility business or use facility e-mail or Internet for personal gain including outside employment, self-employment, and family-owned businesses:
➢ Write or participate in blogs that injure, disparage, and/or defame the facility, its customer, its competitors, and/or its employees' reputations by name or implication;
➢ Transmit or download information seeking employment outside of facility;
➢ Solicit for personal causes or outside the facility;
➢ Visit chat rooms, instant messaging, or social networking sites, i.e., Facebook, Twitter, Snap Chat, Instagram, Myspace, TikTok or such similar sites and/or news groups as well as post their e-mail addresses on the Internet when not business-related;

CAPSTONE_000030

- ➢ Receive or forward unsolicited e-mails that violate facility policy;
- ➢ Download or stream radio, video or music transmissions from Peer-to-Peer, Torrent, streaming, or other Internet sites;
- ➢ Attempt to defeat any security mechanisms to gain unauthorized access to computer file or other information on facility telephone system, electronic communication systems, or information system;
- ➢ Attempt to read, intercept, copy, or delete e-mail between other users;
- ➢ Post or transmit any message anonymously or under a false name or permit any other individual to do so;
- ➢ Impersonate another person; or collect information about others, including e-mail addresses, without their consent.

The Administrator reserves the exclusive right to determine whether any use is inappropriate, excessive, and/or violates this policy.

**Weapons**

Despite some laws that allow people to carry firearms in public, the facility prohibits anyone from possessing or carrying weapons of any kind on facility property, in facility vehicles, or while on facility time. This includes:

- ➢ Any form of weapon or explosive;
- ➢ All firearms;
- ➢ All illegal knives or knives with blades that are more than three (3) inches in length.

If an employee is unsure whether an item is covered by this policy, please contact Human Resources. Employees are responsible for making sure that any item they possess is not prohibited by this policy. Police officers, security guards, and other authorized individuals who have been given consent by the facility to carry a weapon on the property will be allowed to do so.

**Violence in the Workplace**

The safety and security of all employees is of primary importance at the facility. Threats, threatening and abusive behavior, or acts of violence against employees, visitors, residents, or other individuals by anyone on facility property will not be tolerated. Violations of this policy will lead to corrective action up to, and including, termination and/or referral to appropriate law enforcement agencies for arrest and prosecution. The facility reserves the right to take any necessary legal action to protect its employees, residents, and visitors.

Any person who makes threats, exhibits threatening behavior, or engages in violent acts on facility premises may be removed from the premises as quickly as safety permits and will remain off facility premises pending the outcome of an investigation. Following investigation, the facility will initiate an immediate and appropriate response. This response may include, but is not limited to, suspension and/or termination of any business relationship, reassignment of job duties, suspension, or termination of employment, and/or criminal prosecution of the person or persons involved.

CAPSTONE_000031

All employees are responsible for notifying the Administrator of any threats they witness, receive, or are told another person witnessed or received. Even without a specific threat, all employees should report any behavior they have witnessed that they regard as potentially threatening, violent, or which could endanger the health or safety of an employee, resident, or visitor when the behavior has been carried out on a facility-controlled site or is connected to facility employment or business. Employees are responsible for making this report regardless of the relationship between the individual who initiated the threatening behavior and the person or persons being threatened. The facility understands the sensitivity of the information requested and has developed confidentiality procedures that recognize and respect the privacy of the reporting employee.

## Confidential and Proprietary Information

Employees of the facility will receive and have access to information that is confidential in nature to the facility, its residents, and vendors. Employees are not to disclose any such confidential information to (a) any other person in the facility unless there is a legitimate business reason for doing so, or (b) any person outside the facility unless the Administrator has expressly stated that the information can be disclosed to that person. This obligation exists even after the employee leaves the facility.

The facility has developed certain proprietary products and processes that are unique to the facility. Keeping such information from competitors plays an important part in our success. The facility protects proprietary information by restricting employees and visitors' access to certain designated areas and access to documents to only those who have business reasons to view them.

## Ethics and Conflicts of Interest

Employees are expected to use good judgment, adhere to high ethical standards, and avoid situations that create an actual or perceived conflict between their personal interests and those of the facility. The facility requires that the transactions employees participate in are ethical and within the law, both in letter and in spirit.

The facility recognizes that different organizations have different codes of ethics. Do not assume that because a certain action may be acceptable by others outside of the facility as "standard practice," that such practice is acceptable at the facility. There is no way to develop a comprehensive, detailed set of rules to cover every business situation. Whenever employees are in doubt, they should consult with their Supervisor.

Conflicts of interests or unethical behavior may take many forms including, but not limited to, the acceptance of gifts from competitors, vendors, potential vendors, or residents and/or resident family members of the facility. Gifts are not to be accepted under any circumstances. Employees are prohibited from accepting any form of remuneration, nor may employees sell to third parties any information, products, or materials acquired from the facility. Employees may engage in outside business activities, provided such activities do not adversely affect the facility or the employee's job performance and the employee does not work for a competitor or customer. Employees are prohibited from engaging in financial participation, outside employment, or any

CAPSTONE_000032

other business undertaking that is competitive with, or prejudicial to, the best interests of the facility. Employees may not use proprietary and/or confidential information for personal gain or to the facility's detriment, nor may they use assets or labor for personal use.

If an employee, or someone with whom the employee has a close personal relationship, has a financial or employment relationship with a competitor or resident of the facility, the employee must disclose this fact in writing to Human Resources. The facility will determine what course of action must be taken to resolve any conflict it believes may exist. If the conflict is severe enough, the facility may be forced to ask the employee to resign. The facility has sole discretion to determine whether such a conflict of interest exists.

Employees are encouraged to seek assistance from their Supervisor with any legal or ethical concerns. For specific reporting procedures, refer to the facility Compliance Guidelines or Code of Conduct. However, the facility realizes this may not always be possible. As a result, employees may contact Human Resources to report anything that they cannot discuss with their Supervisor, or facility Administrator.

**Solicitation**

Solicitation by an employee of another employee, non-employee, resident, family members, or vendors is prohibited. Under no circumstances will employees, non-employees, residents, family members, or vendors be permitted to solicit or distribute on facility property at any time for any purpose. In addition, no literature shall be posted anywhere on the premises without the authorization of the Administrator. Please see the Administrator for clarification.

**Bulletin Boards**

The facility uses bulletin boards to communicate important business information such as safety rules, job postings, statutory and legal notices, facility policies, and management memos. Each employee has the responsibility to read the information that is posted. Your manager or Supervisor can give you the location of the bulletin board nearest your work area. Employees may not post material on bulletin board without the approval of the Administrator.

**Respectful Workplace**

The facility strives to maintain a workplace that fosters mutual respect and promotes harmonious, productive working relationships. Our organization believes in going beyond what is required by law and expects our employees to respect every individual, whether it is a fellow employee, member of management, resident, vendor, or visitor to our premises. The facility prohibits any behavior that is discourteous or demeaning to other employees. Disrespectful behavior may include, but is not limited to, the following:

➢ Joke that demeans another individual or group of individuals;
➢ Name calling or nicknames that may be offensive;
➢ Taking credit for another individual's work or ideas;
➢ Refusing to communicate or speak with another individual;

CAPSTONE_000033

- ➢ Offensive written, verbal, visual, or physical conduct;
- ➢ Repeated negative comments about others either orally or in writing;
- ➢ Threatening another individual;
- ➢ Invading another's privacy;
- ➢ Knowingly blaming other individuals for a mistake they did not make;
- ➢ Purposely invading another's personal space;
- ➢ Gossiping about another individual;
- ➢ Any type of "bullying" behavior.

The facility expects that everyone will act responsibly to establish a pleasant and friendly work environment. However, if an employee feels they have been subjected to or witnessed any form of disrespectful behavior, the employee should report that conduct to their immediate Supervisor, another member of management, or Human Resources.

The facility will conduct its investigation in as confidential a manner as possible, including interviews, allegations, statements, and identities of interviewees. However, the facility will not allow the goal of confidentiality to be a deterrent to an effective investigation. A timely resolution of each complaint will be communicated to the employee. Appropriate corrective action, up to and including termination, will be taken promptly against any employee engaging in disrespectful behavior. The corrective action issued will be proportional to the severity of the conduct. The alleged perpetrator's employment history and any similar complaints of prior disrespectful behavior will be taken into consideration.

The facility reserves the right to determine whether any type of behavior is disrespectful and injurious to the morale of the organization.

**Children on Premises**

Children are not permitted on facility grounds at any time without the written permission of the Administrator.  Permission may only be granted for special events, and children must always have designated adult supervision.


## II.   Benefits

**Benefit Introduction**

The facility is excited to offer you the opportunity to select from a wide range of benefit programs.

Benefits are subject to any modifications the facility may make to its benefit plans.  The facility reserves the right to terminate or make changes to employee benefit programs, including but not limited to insurance carriers, terms or levels of coverage, employee contribution requirements, and any other company sponsored benefits. Employees will be notified of material changes in their insurance or other benefit plans.

CAPSTONE_000034

**Insurance Programs**

Eligible employees are provided a wide range of insurance benefits, including health, dental, life and accidental death and dismemberment, disability insurance, and more. Information describing the insurance programs available to employees will be provided during orientation.

- New hires have 30 calendar days from their hire date to enroll in benefits.
- Employees with an employment status change have 30 days from the date of their status change to enroll in benefits.
- Employees with a qualifying event (such as marriage, divorce, or birth of a child), have 30 days from the event date to enroll in or make changes to their benefits.

Insurance benefits are available for use on the first day of the month following 60 days of employment, status change, or qualifying event. Changes will not be allowed outside of open enrollment unless an employee, or dependent, experiences a qualifying event; proof of a qualifying event is required.

Questions regarding employee benefits should be addressed to the facility Human Resource Manager. However, all issues regarding eligibility of coverage and benefits under these benefit plans are ultimately determined in accordance with the formal plan documents.

The terms of the benefit plans have been established according to federal government requirements.  In general, the benefit plan retains the exclusive right to make all decisions regarding whether benefits are to be paid and the amount paid. In the event of any inconsistency between this handbook and the plan documents governing each benefit, the plan document will govern.

**Paid Time Off (PTO)**

Paid Time Off consists of vacation and sick days combined. Employees are expected to abide by all procedures for requesting PTO. This includes requesting, scheduling, and recording PTO time as set forth by the Administrator and determined by the facility.

**Earned PTO:**

| Length of Service | Annual PTO Earned |
|---|---|
| Years 0-2 | Up to 80 hours |
| Years 3-4 | Up to 120 hours |
| Years 5+ | Up to 160 hours |

A full-time employee with three (3) months of continuous uninterrupted employment is eligible to begin using accrued PTO that is updated each pay period. PTO accrues based on the total number

CAPSTONE_000035

of hours paid during a pay period, not to exceed 80 hours. Accrual begins upon hire. PTO accruals will begin/reset based on the anniversary of your hire date.

**PTO will not be paid out in lieu of time off, upon termination, or resignation. Employees must have any PTO request approved at least 30 days prior to submitting their resignation.**

**Unused PTO will not rollover from year to year**.

Total accrued and unused PTO for any employee shall not exceed 160 hours at any time. If the time off has been approved in advance and they have the hours available, employees may use as many hours of PTO in a pay period as they are normally scheduled to work.

If an employee moves from full-time employment status to part-time employment status, they may use any PTO that was accrued while in full-time status. PTO will expire on their anniversary date, and they will not earn any additional PTO effective the part-time status date.

Refer to local facility policy regarding additional PTO information.

**Holidays**

All regular employees scheduled to work thirty (30) or more hours per week shall be eligible for paid holidays upon hire. To be eligible for holiday pay, employees must work their last scheduled day preceding the holiday and their first scheduled day following the holiday. Absences on one or both days will result in forfeiture of holiday pay. The maximum hours paid for any holiday will not exceed 8 hours.

The following holidays are observed:

> ➢ New Year's Day:          January 1
> ➢ MLK Day                  Third Monday in January
> ➢ Washington's Birthday    Third Monday in January
> ➢ Memorial Day:            Last Monday in May
> ➢ Juneteenth               June 19th
> ➢ Independence Day:        July 4
> ➢ Labor Day:               First Monday in September
> ➢ Thanksgiving Day:        Fourth Thursday in November
> ➢ Christmas Day:           December 25

Employees who work on a holiday shall be paid holiday pay at their normal rate of pay, and hours worked at their normal rate of pay, or overtime rate, whichever applies. The overtime rate will apply when holiday work causes an employee to exceed 40 hours of work time in that workweek.

For facility-specific Holiday schedules, refer to local facility policy.

CAPSTONE_000036

**Personal Leaves of Absence**

Regular, full-time employees who have completed six (6) months employment may apply for a personal leave of absence. Personal leaves may be granted at facility discretion for reasons not covered under other leave policies.

Personal leaves generally may not exceed 30 days in any 12-month period measured forward from the date an employee first takes personal leave. If an employee does not return from personal leave after 30 days, the employee will be terminated.

Employees must exhaust all accumulated PTO concurrently with the beginning of a personal leave. Thereafter, all remaining personal leave is unpaid. While on personal leave, employees are not eligible for salary increases and do not accrue service time for benefits purposes. Employees are responsible for paying any insurance premiums while out on personal leave of absence.

Employees returning from a personal leave of absence are not guaranteed a position. If the employee's position is filled while the employee is on leave, the employee may apply for a vacant position for which the employee is qualified. If the employee is unable to return to work after the 30-day leave time allowed the employee may be terminated in good standing.

**Neutral Absence Control Policy**

Administrative Separation:

Any employee who has been on a non-military leave of absence, and who has not performed any services for the Company for any reason, for a period of greater than twelve weeks in the past 12-month period shall be removed from the roll of active employees and shall be considered administratively terminated from employment. Employees may be entitled to continue employee benefits or exercise conversion rights in accordance with applicable law and/or the terms and provisions of the employee benefit plan documents.

Eligibility for Re-employment:

Any employee who is removed from the active employment roll pursuant to this policy shall generally be eligible for rehire. However, the employee must submit an application for employment at the time he or she seeks to be re-employed, and will be considered along with other applicants, for any available position for which he or she is qualified.  Past service with the facility will be considered in connection with any decisions to re-employ administratively terminated employees.  The facility cannot guarantee re-employment to employees who are administratively terminated pursuant to this policy.

CAPSTONE_000037

**Federal Family & Medical Leave Act (FMLA) (29 U.S.C. 2615; 29 C.F.R. 825.220)**

Employees of the facility are eligible for family and medical leave if they have met the following guidelines:

➢ Full time employees with 12 months of service with the facility that have worked at least 1,250 hours within the preceding 12-month period, are entitled up to 12 weeks (84 days) of FMLA.
➢ Works at a facility with at least 50 employees within 75 miles of the facility.

Key Employees:

➢ The right to reinstatement is modified for "key employees." i.e., salaried employees who are among the highest paid 10% of all the employers' employees.
➢ Restoration may be denied to a "key employee" if the employer can establish that reinstatement of the employee will "cause substantial economic injury" to the employer 's operations.
➢ Employers must give written notice to the employee of the "key employee" status, "substantial or grievous injury" status per FMLA guidelines.
➢ The employee must be given a reasonable time to return to work once notified of their status.
➢ The employee's rights under FMLA continue until they give notice of the intent not to return to work or the leave period ends.
➢ The employee "at the end of leave status'" may request a review of the "substantial or grievous injury" status. The employer is required to review the status at that time for a determination.

If all the above guidelines are met and the employee is deemed eligible, the employee is eligible to take up to 12 weeks of unpaid leave during a rolling 12-month period for the following reasons:

➢ The birth and care of the newborn child of the employee;
➢ The placement of a son or daughter with the employee for adoption or foster care and to bond with and care for the child (within the first 12 months after placement);
➢ To care for a spouse, son, daughter or sick parent who has a serious health condition;
➢ For a serious health condition that makes the employee unable to perform the functions of their position;
➢ The employee experiences a qualifying exigency that arises out of the fact that a spouse, parent, or child has been called to or is on active military duty as a member of the National Guard or military services.

CAPSTONE_000038

## Military Caregiver Leave (Covered Service Member Leave)

An employee who is the spouse, parent, child, or next of kin of a current member of the Armed Force (including National Guard, regular armed forces) who was injured while on active duty may be eligible for up to 26 weeks of FMLA leave in a 12-month period to care for a covered service member with a serious illness or injury incurred in the line of duty on active duty. This leave also includes the types of leave listed above.

## Qualifying Exigency Leave

This type of leave is designed to help the family members of the National Guard and Reserves manage their affairs while the member is on active duty in support of a contingency operation. This provision makes the normal twelve (12) work weeks of FMLA job protected leave available to eligible employees with a covered military member serving in the National Guard or Reserves to use for "any qualifying exigency" arising out of the fact that a covered military member is on active duty or called to active-duty status in support of a contingency operation. The Departments final rule defines qualifying exigency by referring to a number of broad categories for which employees can use FMLA leave:

- ➢ Short-notice deployment;
- ➢ Military events and related activities;
- ➢ Childcare and school activities;
- ➢ Financial and legal arrangements;
- ➢ Counseling;
- ➢ Rest and recuperation;
- ➢ Post-deployment activities;
- ➢ Additional activities not encompassed in the other categories but agreed to by the employer and employee.

## Military/Reserve Leave

The facility will abide by all the provisions of the Uniformed Services Employment and Re-Employment Rights Act (USERRA) and will grant military leave to all eligible full-time and part-time employees. An employee who has completed the 90-day orientation period may be granted military leave for a period of (4) years plus a (l) year voluntary extension of the active duty (5) years total if this is at the request and for the convenience of the United States Government.

Employees must provide advance notice to their Supervisor of their intent to take military leave and must provide appropriate documentation. In the event of an unexpected leave, the employee must provide the appropriate notice and documentation as soon as possible.

An employee's salary will not continue during military leave unless required by law. Employees may request to use any PTO earned during military leave (see facility PTO policy on accruals and availability).

CAPSTONE_000039

Benefit coverage will continue for 31 days provided employees pay their normal portion of the cost of benefits. For leaves lasting longer than 31 days, employees will be eligible to continue health benefits under COBRA and will be required to pay 102% of the total cost of their health benefits if they wish to continue benefits.

Upon return from military leave, employees will be reinstated with the same seniority, pay, status, and benefit rights that they would have had if they worked continuously. Employees who fail to report for work within the prescribed time after completion of military service will be considered to have voluntarily terminated their employment.

If the employees were participants in a 401(k) plan at the time they left for military duty, they will be permitted to make additional payments as of their re-employment date and continue them for the period of time permitted by law.

If employees are reservists in any branch of the Armed Forces or members of the National Guard, they will be granted time off for military training. Such time off will not be considered PTO time. However, employees may elect to have their reserve duty period be considered as PTO time to the extent they have available.

A member of the Armed Forces or members of the National Guard who have been called to duty within any given year and then return to work to later need coverage under FMLA can apply for FMLA. All time that the service member was out on military leave should be counted towards the 12-month or 1,250-hour time-frame (combined total of hours worked and military leave time).

**Intermittent Leave**

When medically necessary, employees may take FMLA leave intermittently or on a reduced schedule basis for their own serious health condition, the serious health condition of a family member, or for military caregiver leave.

Employees are required to cooperate with the facility to arrange reduced work schedules or intermittent leave to minimize disruption of business operations.

Qualifying exigency leave may be taken intermittently without regard to medical necessity or disruption of business operations.

Leave because of the birth or adoption of a child may not be taken intermittently and must be completed within the 12-month period beginning on the date of birth or placement of the child.

**Minimum Increments of Intermittent Leave**

The employer must account for the intermittent or reduced schedule leave using an increment no greater than the shortest period of time that the employer uses to account for use of other forms of leave provided it is not greater than one hour. Employers are not required to account for FMLA leave in increments of six minutes or even fifteen minutes.

CAPSTONE_000040

Where the nature of the workplace makes it physically impossible for employees to start work mid-way through the shift, the entire shift may be designated as FMLA leave.

**Employee Notice and Certification Requirements**

Employees must provide sufficient information for the employer to determine:

> ➢ If the leave may qualify for FMLA protection.
> ➢ The anticipated timing and duration of the leave

Note: Calling in sick is not considered a sufficient notice to trigger an employer's FMLA obligations. If the employee fails to explain the reasons, leave may be denied.

Employees must also inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified.

> ➢ Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable.
> ➢ When 30 days' notice is not possible, notice must be provided as soon as practicable and must follow the employer 's normal call-in procedures.

**Medical and Other Certifications**

Employees can be required to provide certification and periodic recertification supporting the need for leave.

The employer must allow the employee fifteen (15) calendar days to obtain the medical certification.

When an employee requests FMLA leave, the employer must respond with an eligibility notice within five (5) business days.

At the same time that the employer provides the Eligibility Notice, it must provide the employee with notice of his or her rights and responsibilities under FMLA.

An employer may, at its own expense, require the employee to obtain a second medical certification from a health care provider for the second opinion. The second opinion may not be a provider regularly used for services. If the first and second opinion differ the employer can, again at its own expense, attain a third and final opinion. The third opinion is final and binding.

Separate certification may also be required regarding the nature of the family member 's military service and/or the existence of a qualifying exigency.

If the employee fails to provide the request for medical certification or fails to turn the request in timely the leave may be denied.

CAPSTONE_000041

**Fitness for Duty Certifications**

The facility wishes to ensure the wellbeing of all employees. Any employee returning from FMLA leave for their own serious health condition must provide a Fitness for Duty (FFD) certification signed by their health care provider.

FFD certifications may be required when an employee returns from intermittent FMLA leave if serious concerns exist regarding the employee's ability to resume their duties safely.

An employee who fails to provide an FFD certification will be prohibited from returning to work until the FFD certification is provided.

An employee who fails to provide an FFD certification may be subject to progressive discipline or termination from employment.

**Maintenance of Benefits**

The facility will maintain applicable healthcare benefits for the employee while on FMLA leave, provided the employee pays the normal monthly contribution.

If the employee elects not to return to work at the end of the leave period, the employee will be required to reimburse the facility for the cost of premiums paid for maintaining coverage during the leave period unless otherwise designated by FMLA laws.

An employee may choose to discontinue benefits during leave due to financial constraints. The employee is entitled to be reinstated on the same terms as before taking the leave.

All other benefits will cease to accrue during the leave period.

Employees must use any accumulated PTO available for use during FMLA leave unless such leave is covered under workers' compensation.

ln the event the FMLA and workers' compensation run concurrently, the use of accumulated PTO may only be used for the purpose of satisfying any waiting period.

If there is no earned time available for use, the days absent will be unpaid.

**Married Couples Who Work for the Facility**

If an employee and their spouse both work for the facility, they are both eligible for leave. The employee and employee spouse may be limited to a combined total of 12 weeks of FMLA leave in a 12-month period if the leave is taken for:

- ➢ Birth and care of a child
- ➢ The placement of a child for adoption or foster care, and to care for the newly placed child
- ➢ To care for the employees' parent who has a serious health condition

For military caregiver leave, the employee and employee spouse may be limited to a combined total of 26 weeks of leave in a 12-month period.

CAPSTONE_000042

**Return from Leave**

Upon return from leave, the employee will be restored to their original position or an equivalent position.

An employee who fails to return at the end of FMLA leave will in most cases be considered to have voluntarily resigned their position with the facility. Employees who do not return to work at the end of their leave will be terminated unless they are entitled to additional leave as a reasonable accommodation under the Americans with Disabilities Act.

**State and Local Laws**

When the state and local laws offer more protection or benefits, the protection or benefits provided by those laws will apply.

Please see your facility's Human Resource Manager to pick up forms or for more information on the FMLA process.

**Bereavement Leave**

The facility recognizes the need for time away from work in instances of personal loss. Should a death occur in the immediate family of any full-time employee, they will be granted three (3) regularly scheduled days off with pay. If the employee needs time in excess of three days, they may request an unpaid leave of absence or use earned PTO with the approval of their Supervisor and the Administrator.

Immediate family shall be defined as spouse, child, stepchild, father, mother, stepparent, brother, sister, stepbrother, stepsister, grandmother, grandfather, grandchild, father-in-law, mother-in-law, brother-in-law, or sister-in law.

Payment for bereavement leave is at the employee's straight-time rate of pay, **at a maximum of 8 hours per day.** Time off without pay, or earned PTO day(s), may be granted to attend the funerals of other relatives or friends upon approval by the employee's Supervisor.

To be eligible for the excused absence and pay provisions of this policy, employees are to request bereavement leave through their Supervisor no later than the first scheduled workday following the death of an immediate family member. The facility reserves the right to request all pertinent information including the deceased relative's name, the name and address of the funeral home, and the date of the funeral.

**Jury Duty**

The facility realizes that jury duty is a civic responsibility. Immediately upon receiving your summons to serve, notify your Supervisor or manager, and provide a copy of the official jury summons.

Unless otherwise required by law, regular full-time employees who are subpoenaed to testify or called to serve as jurors will be paid in any 12-month period (measured forward from the date the

CAPSTONE_000043

employee first is required to appear in court) a maximum of three (3) days' pay for scheduled workdays missed. Employees will be paid the difference between their regular pay and the witness or juror fee they receive for their service. Employees may be requested to provide written verification of having served.

**Voting Leave**

While laws vary from state to state, we encourage employee voting. Polls are typically open before and after working hours. If voting outside of work hours is not possible, please contact Human Resources with any questions.

**Professional Development**

Tuition Reimbursement:

The purpose of the tuition reimbursement plan is to encourage the development of all full-time employees. Tuition reimbursement may be granted for courses that are: work-related, maintain or improve the skills required by employees, may be necessary for the anticipated needs of the facility, or may make employees more valuable to the facility. Courses must be taken at an accredited college, a university, an approved trade school, or an approved technical school. Any questions that arise concerning whether a course qualifies under the plan, will be decided by the Administrator. This program is available to qualified employees who have completed one (1) year of employment and are in good standing. All tuition reimbursement requests must be submitted in writing to the Administrator and approved in advance.

Nursing Scholarship Program:

The facility is proud to offer a limited number of select scholarships to eligible employees who make the decision to enroll in and complete a nursing (LPN/LVN/RN) educational program. The scholarship requires review and approval prior to employee enrollment in the nursing program. Courses must be taken at an accredited college, university, or approved technical school. Please contact your facility Administrator regarding any questions and specific details of this program. This program is available to qualified employees who have completed one (1) year of employment and are in good standing.

## III.  **Compensation**

To attract, retain, and reward competent employees, we provide a series of potential rewards, including direct compensation (pay) and indirect compensation (benefits).

**Timekeeping**

Employees are responsible for timely submission of accurate records of all hours worked. The department Supervisor will provide employees with specific instructions regarding time keeping.

CAPSTONE_000044

Non-exempt hourly employees will be responsible for the following:

- Clocking in and out at the start and the end of each shift;
- Obtaining approval in advance from the department Supervisor before working overtime;
- Never allowing someone else to clock in or out for you;
- Never clocking in or out for another employee;
- Never falsifying time records or those of another employee;
- Never working off the clock;
- Promptly notifying the department Supervisor of any necessary change to the time record.

**Overtime**

The facility adheres to overtime regulations set forth by state and federal laws. Overtime is defined as time worked in excess of 40 hours in any workweek unless otherwise required by state law. Non-exempt employees are paid for overtime at a rate of one and one-half times their regular pay rate. Continued employment may be affected if an employee is continuously unable or unwilling to work overtime when requested. All overtime should be approved in advance by your Supervisor; employees who work overtime without prior approval from their Supervisor may be subject to disciplinary action up to and including termination. Exempt employees are paid a salary appropriate for the job expectations regardless of the number of hours worked. As a result, they are not eligible for overtime.

PTO and holiday pay are not counted toward the 40-hour threshold or in computing overtime pay.

**Payment of Wages**

The facility issues wage statements for all earnings for work performed through the end of the previous payroll period.

Regular payroll deductions will be made for federal withholding taxes, social security (FICA), and applicable state and local taxes. In addition, deductions will be made as authorized by the employee for insurance premiums or any other voluntary benefit. The facility may also be required to make employee payroll deductions under a garnishment or attachment of wages.

You should promptly inform your Supervisor or Human Resources of any possible errors in your paycheck. The facility reserves the right to adjust subsequent checks if an error is discovered.

Employees have two options in which to be paid:

l.   Direct Deposit: Your earnings will be directly deposited to your financial institution

2.   Pay Card:  Your earnings will be directly deposited to a pay card assigned to you

The facility reserves the right to modify the method of pay options. Please see Human Resources if further clarification is needed.

CAPSTONE_000045

**Performance and Compensation Reviews**

Performance reviews are intended to foster mutual understanding regarding performance goals, expectations, and results achieved. It is important that employees receive timely feedback and appropriate suggestions to improve performance as needed. Consistent with this philosophy, Supervisors should provide formal and informal performance feedback on a regular basis.

It is recommended that a written review be provided annually at a minimum for all staff; however, the frequency of written reviews may vary depending upon, among other things, job position, changes in job duties or priorities, recurring performance problems, and/or business demands.

## IV.  Employment

**Application for Employment**

Employees must complete an Application for Employment for a specific position; the application will be placed in their personnel file. If an applicant misrepresents or omits relevant information on the application, they will not be considered for employment or, if already employed, their employment will be terminated.

**Background Checks**

The position an individual applies for and the information they give during the interview process will determine which contingencies may apply to an offer of employment. All employees applying for any position with the facility will be subject to reference checks with former employers and/or managers. Unless required by law, reference checks will not be shared with the potential employee. Individuals who claim to have certain educational credentials, either in writing or in an interview, are subject to verification.

Any potential employees who will be driving a facility vehicle or driving their personal vehicles on facility business will be subject to an annual Driver's License verification check and Motor Vehicle Records inspection. Depending on the job requirements, some employees may have to comply with the Department of Transportation requirements for a Commercial Driver's License.

All potential employees will be subject to a criminal background check. It is at the discretion of the Administrator, Department Head, and/or Human Resources Manager to determine if a criminal offense warrants the individual not eligible for hire at the facility.

All employees will be subject to a monthly Office of Inspector General background check, and an annual criminal background check. If a charge or conviction appears during the course of employment, it will be reviewed for continuous employment or termination. Unless specified by the state, the facility does not employ the individuals with the following offenses:

➤ Criminal homicide
➤ Kidnapping and unlawful restraint

CAPSTONE_000046

- ➢ Indecency with a child
- ➢ Sexual assault
- ➢ Aggravated assault
- ➢ Injury to a child, elderly individual, or disabled individual
- ➢ Abandoning or endangering child
- ➢ Aiding a suicide
- ➢ Agreement to abduct from custody
- ➢ Sale or purchase of a child
- ➢ Robbery
- ➢ Aggravated robbery
- ➢ Indecent exposure
- ➢ Improper relationship between educator and student
- ➢ Improper photography or visual recording
- ➢ Deadly conduct
- ➢ Terrorist threat
- ➢ Online solicitation of a minor
- ➢ Money laundering
- ➢ Medicare/Medicaid fraud
- ➢ Cruelty to animals
- ➢ Arson
- ➢ Felony theft

**Credentials/License Verification**

All employees must have the proper credentials according to state regulations and specific job requirements. Such credentials include licenses, certificates, registration, and accreditation. All offers of employment are conditional upon the verification of required credentials. Employees are responsible for providing and maintaining proof of valid credentials within five (5) days of request. Employees also are required to notify their Supervisors immediately if their credentials are being investigated, have been suspended, revoked, or expired.

**Immunization**

It is the policy of the facility that employees receive vaccines for Vaccine Preventable Diseases due to the risk those individuals present to facility residents and staff through routine and direct exposure. The purpose of this Immunization Policy for Vaccine Preventable Diseases is to protect residents as well as facility employees and contractors by reducing the likelihood of transmission. Any employee that fails to abide by the facility's Immunization Policy for Vaccine Preventable Diseases may result in disciplinary action, up to and including termination. Religious and Medical exemptions will be considered for certain vaccines.  Vaccine exemption requests must be submitted to Human Resources per Company provided policy/forms, in their entirety, with all supporting documentation, within two weeks of the employee's hire date. Submitting an exemption request does not guarantee an exemption approval.  All unvaccinated employees are subject to, and must adhere to, additional infection control protocols.

CAPSTONE_000047

## Employment of Relatives

While the facility has no prohibition against hiring relatives of other employees, close family members such as parents, children, spouses, siblings, or in-laws will not be hired into, or transferred into, positions where they directly or indirectly supervise or are supervised by another close family member. The facility reserves the right to determine in all cases if a close, enough family relationship exists to prohibit a Supervisory relationship.

## Employment of Minors

Minors may not be employed in any office or operation without the advance approval of Corporate Human Resources and the facility Administrator. Both the Department of Labor Wage and Hour Division and the Fair Labor Standards Act regarding child labor laws prohibit the employment of a minor in any work that is declared hazardous (i.e., no operation of any electrical/power driven equipment, no vehicle operation, no working with chemicals, and no direct patient care). In addition, only employees aged 19 or older are authorized to use any type of hoists, including resident lifts. Minors may never operate motor vehicles in the performance of job duties or be engaged in any job duty prohibited by law. A minor is also prohibited from working certain hours when employed in accordance with the regulation.

However, if the Administrator approves a minor for employment, the hiring authority must obtain and maintain a copy of the state employment or age certificates in the minor 's personnel file, as mandated by State and Federal regulations. Failure to produce appropriate documentation will result in immediate termination of employment.

## Employment Eligibility Documents

Federal regulations require the facility to comply with the Immigration Reform and Control Act of 1986. All new employees must complete an 1-9 Form and provide proof of their identity and their ability to work in this country. The Human Resource Manager is responsible for obtaining the 1-9 Form and verifying the eligibility to work in the United States. Employees are required to complete the l-9 Form on their date of hire. Human Resources will properly complete the Employer Section of the I-9 Form. If a new employee is unable to provide the necessary documentation within three working days from the date of hire, they must provide proof that they have applied for the required documents. If this is not provided, the employee will be terminated.

## Physical Screenings

For positions involving direct patient care, offers of employment may be dependent upon successful completion of a physical screening. Periodic physical screenings may also be required during employment.

## Employment Records

The facility is required to keep accurate, up-to-date employment records on all employees to ensure compliance with State and Federal regulations, to keep benefits information up to date, and to make certain that important mailings reach all employees. The employee is responsible for reporting any changes of address, phone number, or other changes in personal information or status to the local Human Resources department immediately. All information contained in personnel files is the property of the facility and is considered confidential. Copies of personal records will not be provided to current or former employees or third parties unless required by law.

CAPSTONE_000048

## Orientation Period

All new employees are considered to be in an orientation period for the first ninety (90) days after their date of hire. An orientation period may also be applied when an employee is promoted/transferred to a new position.

The orientation period is intended to give new employees the opportunity to demonstrate their ability to achieve a satisfactory level of performance and to determine whether the new position meets their expectations. The facility uses this period to evaluate employee capabilities, work habits, and overall performance. If the facility determines that the designated orientation period does not allow sufficient time to thoroughly evaluate the employee's performance, the orientation period may be extended for a specified period. Either the employee or the facility may end the employment relationship at will at any time during or after the orientation period, with or without cause or advance notice.

## Employee Classifications

The Fair Labor Standards Act requires all employees to be classified according to the overtime provisions of the law. For the purpose of paying any compensation, all employees are classified as either "Exempt" or "Non-Exempt" from overtime compensation. All determinations of wage classification status are made through the job evaluation process.

Every employee is classified appropriately for the purpose of determining standards for benefits, conditions of employment, and compliance with applicable wage and hour laws.

Non-exempt (hourly) positions are paid based on "pay for work performed". Non-exempt employees are entitled to overtime pay under specific provisions of federal and state laws.

Exempt employees are excluded from specific provisions of federal and state wage and hour laws and are not eligible for overtime pay.

Employees are classified into one of four (4) categories for eligibility to receive certain benefits offered by the facility. These categories are defined as:

Regular Full-Time Employees: Full-time employees are defined as those employees regularly scheduled to work an average of thirty (30) hours or more per week. Full-time employees must consistently be scheduled and work an average of thirty (30) hours per week to maintain full-time status. In the event that an employee's scheduled hours fall below an average of thirty (30) hours per week for two (2) consecutive pay periods the employee's status, including eligibility for PTO and benefits, may be adjusted accordingly. Such employees may be "exempt" or "non-exempt" as defined by applicable wage and hour laws.

Regular Part-Time Employees: Part-time employees are defined as those employees regularly scheduled to work an average of less than thirty (30) hours per week. Regular part-time employees must complete a 90-day orientation period. Such employees may be "exempt" or "non-exempt" as defined by applicable wage and hour. Part time employees are not eligible for facility benefits.

Per Required Need Employees (PRN/On-Call): PRN/On-Call employees are defined as those employees who work on an "as needed" basis when called in to work. PRN employees have no regular scheduled number of hours per week but can be called in to work any number of hours as needed to meet facility needs. PRN employees are required to work a minimum number of hours per month to remain on "active" status.

CAPSTONE_000049

Temporary Employees: Temporary employees are defined as those employees scheduled to work either full-time or part-time by the facility for a specified period of time or for a specified assignment. Furthermore, a temporary employee may be offered and may accept a new temporary assignment with the facility and retain temporary status. Employees hired from temporary employment agencies for specific assignments are employees of the respective agency and not of the facility.

**Employee in Good Standing**

An employee in good standing is an active full/part time employee who meets the following criteria:

- ➢ Employed more than six months;
- ➢ Employee must not be on a performance plan;
- ➢ Employee must be currently working and has not submitted their resignation.

**New Employee Orientation**

In an effort to ensure a smooth transition to the facility, all newly hired employees will participate in an orientation session. Orientation is the joint responsibility of the new employee's Supervisor and Human Resources. Human Resources will be responsible for providing new employees with the following:

- ➢ A history of the facility;
- ➢ An explanation of the operations of the facility;
- ➢ An overview of the facility's policies, procedures, benefits, and handbook.

All new employees must attend an orientation session. During the orientation session, the employee will receive an employee handbook and will be given an opportunity to ask questions about any information contained in the employee handbook.

The new employee's Supervisor is responsible for ensuring that each employee attends an orientation session. Supervisors are responsible for all job training and should ensure that they effectively and consistently communicate with new employees during the first few weeks of their employment.

**In-service/Mandatory Training**

We are committed to continuous improvement; therefore, ongoing training is critical to our success.

The facility requires mandatory training in response to federal laws, state laws, and facility policy. You will be responsible for attending in-services and/or completing online training that relates to your position. Your Supervisor and/or Human Resources will communicate those requirements to you.

**Hours of Work**

Work schedules are determined at the sole discretion of the department Supervisor or Administrator and may vary as patient, resident, client, customer, or the facility needs change. To meet those changing needs, employees may be required to work more or less than their normally scheduled hours. An unpaid break is required for any employee who works a minimum of five (5) continuous hours per day. The normal break should occur approximately halfway through the workday. However, certain departments may require alternate break periods. The length of the

CAPSTONE_000050

break period may vary from thirty (30) minutes to one (1) hour according to the needs of the department.

**Schedule Changes**

Employees should be advised of their normal workdays and work shifts before they are hired. However, department heads may change the established workday or shift according to business needs.

An employee's workday and work shift are determined based on the needs of the facility. During an individuals' employment, the scheduling needs of the department and/or the employee may change. When such changes occur, the facility has the right to establish a new schedule for an employee.  Employees may also request a schedule change.

**Emergencies, Staffing Shortages, or Temporary Scheduling**

During emergencies, staffing shortages, or other temporary situations, a Supervisor may require an employee to work different workdays or a different shift without advance notice. Although no formal notice is required for such short-term changes, Supervisors should give employees as much notice as possible. If an employee cannot comply with a short-term change in schedule, he or she should discuss the situation with the Supervisor.

**Changes in Normal Schedule**

Managers and Supervisors may change an employee's normal workday and work shift to meet the needs of the business. When a change in schedule is required, Supervisors are encouraged to take into consideration an employee's personal situation and that time may be needed to make arrangements for childcare, transportation, and family life. To make these types of arrangements, an employee will be given a minimum of two weeks' notice of a permanent change. If an employee requests a change to their normal schedule, the Supervisor should consider the individual's request based on the operational needs of the business.

**Attendance and Punctuality**

Regular, prompt attendance at work is an essential function of every employee's job. In general, all employees are expected to report for work on time and to work all scheduled hours, including required overtime and holidays. If an employee is unable to report for work as scheduled, the employee must notify the department Supervisor or designee of the reason for and expected length of absence within the department's specific reporting times. Messages left with co-workers or other employees are not acceptable. Failure to provide proper notification of an absence or tardiness, unexcused absences, or early departures from work may result in discipline up to and including termination. We reserve the right to require medical certification of the necessity for absence from work.

Scheduled time off must be approved in advance by the department Supervisor according to office operations or departmental guidelines. Excessive tardiness or excessive unscheduled absenteeism, which includes pattern absenteeism, may result in discipline up to and including termination and may negatively affect an employee's performance and compensating review. Consequently, any employee who fails to report to work and fails to notify the department Supervisor in advance of the reasons for the failure to report will be considered to have voluntarily resigned employment. Approved leaves of absence under the Family & Medical Leave Act or similar state laws are not considered as unscheduled absenteeism and will not be subject to discipline under this policy.

Refer to the facility specific attendance policy for more information.

CAPSTONE_000051

**Rest Period and Meal Periods**

A regular workday may vary and is exclusive of meal or break periods. Your Supervisor schedules meal and break periods taking into consideration staffing and patient care needs. Non-exempt employees may be scheduled to take 15-minute break periods based upon the number of hours they are scheduled to work. A minimum of a 30-minute unpaid break will also be scheduled. Breaks and meal periods are not mandatory in some states, are not cumulative, and are not to be taken together or utilized at the end of a shift. Meal and break periods should be taken away from the workstation allowing employees time to relax and not be interrupted by work activity. Employees not completely relieved of their work duties during a break period will be paid for the break period or the portion of the break period that was interrupted. Employees are responsible for notifying their Supervisor if this occurs. Employees taking breaks or meal periods must notify their Supervisor or their designee prior to leaving their work area to ensure proper coverage in their absence.

**Dress Code**

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the professional image to our residents, family members, and visitors. Therefore, employees are expected to report to work well-groomed and appropriately dressed in clean, neat, and well-fitted clothing or uniforms consistent with the facility, office, or department dress codes and safety considerations. The facility may require a specific dress code, please refer to the facility policy.

**Identification Badges and Building Access**

To protect the safety and maintain the security of all employees, every employee is required to wear an identification badge at all times while on facility premises. Failure to do so will subject the employee to corrective action.

Human Resources will issue an ID badge to all new employees during orientation. Loss or damage of the ID badge should be reported to Human Resources. There may be a replacement fee, which will be deducted from the employee's next payroll check (consult your facility policy). The badge is the property of the facility and must be returned upon termination of employment.

**Personal Property**

Personal belongings brought onto the facility premises are the employee's responsibility. While the facility does all it can to protect employee's property, it cannot be held responsible for the loss or theft of personal belongings. If employees find property missing or damaged, they should report it to their Supervisor immediately.

**Transfers and Promotions**

Employees who wish to be considered for a transfer or promotion to a vacant position may apply if the employee is in "Good Standing." In addition to being in "Good Standing," the employee must possess the following:

➢ The minimum qualifications for the position;
➢ Received no progressive disciplinary action within the past six months;
➢ Received an overall rating of average or above on the last performance review;
➢ A satisfactory attendance record;
➢ Maintained current position for six months (12 months if in a management position).

The facility, in its sole discretion, may waive the above requirements.

CAPSTONE_000052

An employee wishing to apply for a transfer or promotion must notify the current department Supervisor of the interest and submit a resume or application to the designated contact. We encourage internal candidates to apply for vacant positions; however, external candidates may be considered as well.

**Standards of Conduct**

The facility expects all employees to observe certain standards of behavior while at work and at facility sponsored events. Employees shall be responsible for ensuring that the conduct of any of their guests at a facility sponsored function is respectful and not offensive to anyone in attendance. These standards are not intended to restrict employees but to ensure a consistent application of the policies and procedures for all employees.

These standards include, but are not limited to:

➢ Completing all documents and records accurately;
➢ Maintaining satisfactory attendance and punctuality;
➢ Performing duties and operating equipment with care to protect the safety of the employee, co-workers, and the public;
➢ Carrying out assigned duties and following reasonable instructions or requests from Supervisors and/or management;
➢ Not posting any literature, handbills, petitions, posters, or other materials on the premises without the prior approval of the Administrator;
➢ Refraining from soliciting funds or selling any item, commodity, or service;
➢ Not possessing weapons on the premises;
➢ Refraining from any manner or form of discrimination and/or harassment, regardless of whether it is sexual, racial, religious, or related to another's gender, age, sexual orientation, or disability;
➢ Using facility property or that of another employee in an appropriate manner; obtaining authorization from the Administrator to remove facility property or another employee's property from its location;
➢ Refraining from misuse, theft, or destruction of facility time and/or property or another employee's property;
➢ Remaining in your work area, on the job, and awake during working hours;
➢ Reporting to work fit for duty and not under the influence of alcohol and/or drugs and refraining from using, selling, or possessing illegal drugs on facility premises or while on facility business. While working, employees should only possess and take drugs that are medically authorized, approved, and determined by the employee, the employee's physician, and the facility not to impair job performance or cause a safety hazard. Employees are responsible for notifying their Supervisors that they are taking prescription medication if it would affect their performance on the job;
➢ Passing a mandatory drug and/or alcohol test or agreeing to take a drug and/or alcohol test when requested;
➢ Refraining from fighting, threatening, intimidating, or coercing fellow employees during working hours or at facility sponsored functions;
➢ Refraining from the use of foul or offensive language;
➢ Disclosing or using confidential or proprietary information only with proper authorization from the Administrator;
➢ Using facility telephones for facility purposes only and not for personal business other than emergency local calls.

CAPSTONE_000053

Failure to observe the above standards could lead to corrective action up to and including termination.

**Personal Conduct**

Your personal affairs and conduct should never reflect unfavorably on the facility. Common sense, high ethical standards, and discretion are your best guides for proper personal conduct. The facility always requires that you perform your duties and conduct yourself in such a manner as to increase public confidence in the facility and its staff. Violation of this provision may result in disciplinary action, up to and including termination.

Your personal behavior and actions contribute to your success and to a pleasant work environment. A spirit of teamwork and cooperation will help you achieve your goals and assure the continued success of the facility. Differences of opinion should be handled privately and discreetly.

**Performance Improvement and Progressive Discipline**

In all instances involving employee relations, the facility will strive to be fair and consistent. The use of progressive discipline does not in any way alter the at-will nature of employment with the facility.

The facility's goal is to ensure standards of conduct are enforced in a consistent and equitable manner. You are expected to observe the basic rules of good conduct and you should demonstrate you understand these standards and the consequences. The purpose of disciplinary action is to inform employees of behavior or conduct that is considered inappropriate and/or does not meet standards or expectations. As a result, the goal is to give employees an opportunity to correct such behavior and bring performance to an acceptable level.

Any employee conduct which interferes with the effective operation of the facility's business is prohibited. The Administrator shall be the sole judge of the level of discipline to be invoked and may terminate any employee without prior formal or informal methods of progressive discipline. Alternatively, the facility may decide to issue oral or written warnings or suspension without pay in lieu of termination. As an at-will employer, the facility reserves the right to terminate employment at any time, with or without notice.

Progressive Discipline may include several steps:

- Coaching: Corrective discussion between the employee and the Supervisor regarding the employee's failure to meet performance standards, service standards and/or expectations. During this discussion, an attempt is made to identify the cause of the problem and prevent recurrence of the undesirable behavior. The coaching may include a written tool but is not considered a reprimand.  It is merely a record of issues and action steps intended to motivate and encourage you to become more productive.

  In general, any disciplinary action that is more than 12 months is not considered to be part of the corrective disciplinary process, unless it is a continual long-term trend and/or behavior.

- 1st Written Warning: Issued to an employee when an employee fails to meet performance standards, service standards, and/or expectations. Will include a discussion of the behavior or performance issue, expectations for improvement, and a timetable for making corrections. An employee's failure to comply with the terms of a written warning may result in further disciplinary action up to and including termination.

CAPSTONE_000054

- 2nd Written Warning:  Issued to an employee when an employee fails to meet performance standards, service standards, and/or expectations. It will include a discussion of the behavior or performance, expectations for improvement, and a timetable for making corrections. An employee's failure to comply with the terms of a written warning may result in further disciplinary action up to and including termination.

  The employee is asked to sign any disciplinary action at that time, indicating that it has been discussed. The employee may add comments, which will be included with the documentation. If the employee refuses to sign the warning, such refusal must be noted in the space for the employee's signature on the Employee Disciplinary Report. The employee can receive a copy of the warning, but the original should be placed in the employee's file.

Disciplinary actions will be documented in writing, will remain active, and become a permanent part of an employee's file.

**Suspension**

Suspensions may be used when an employee continues to fail to meet performance standards, service standards. and/or expectations or the violation is of such nature that warrants suspension. All suspensions require approval of the Administrator.

In addition to the steps above, other actions may be taken in combination with or instead of those previously mentioned. A suspension pending discharge is the time period an employee may be suspended with or without pay in which Human Resources and/or management investigates an alleged violation. The outcome of the investigation may result in termination or return to work with or without disciplinary action. If the suspension was without pay and the determination is that no disciplinary action is required, the employee will be paid for hours the employee would have been normally scheduled.

**Performance Improvement Plan**

Performance Improvement Plan (PIP) is a written document that outlines action steps an employee may take to address unacceptable actions/behavior. The PIP will specify consequences should the plan not be followed. The PIP may be used instead of or in addition to the steps listed above.

If incidents continue to occur or performance remains unsatisfactory, the Supervisor may put the employee on a Performance Improvement Plan for up to 90 days to provide a final opportunity for the employee to change the unacceptable performance before the employee is terminated. Performance plans require the approval of the Administrator.

**Separation of Employment**

**Termination**

Employment with the facility is at-will, meaning either the employee or the facility can terminate the employment relationship at any time, with or without cause or notice. The facility encourages the employee to discuss any performance problems or other issues that may lead to termination with the Supervisor so that termination does not become necessary. If the employee feels that the termination is unfair, the employee may discuss that situation with the facility Human Resources Manager and/or the next level of management.

PTO is not a vested benefit and will not be paid out upon separation of employment.

CAPSTONE_000055

If employment terminates for any reason, the facility will deduct from the employee's final paycheck any negative PTO balance, which prevents overpayment of PTO used but not earned. If there are not sufficient funds in the final paycheck, the employee will be required to reimburse the facility for any monies still outstanding on their final day of work or under separate terms negotiated in a promissory agreement.

Any work-related injury must have been reported prior to termination.

If previous steps of the disciplinary process do not result in identified changes in behavior or sufficient improvement in the performance, then an employee may be recommended for termination. The issues in the counseling/suspension need not be related. The Administrator must approve all terminations. The Administrator should review the termination of all key department managers before this action is taken.

## Resignation

The employee has the right to terminate employment at any time. However, the facility requests that, as a professional courtesy, Supervisory and management employees provide four (4) weeks' notice of resignation and that all other employees provide two (2) weeks' notice. The facility also requests that the employee provide the reason for leaving and the last day of employment in writing to the Supervisor. Consistent with the employment at-will policy, the facility maintains the right to make an employee's resignation effective earlier than the last day specified by the employee.

Employees must have any PTO request approved at least 30 days prior to submitting their resignation.

The employee will be deemed to have resigned employment if the employee fails to report to work without notice as required by facility policy or if the employee fails to return to work at the conclusion of an approved leave of absence.

## Exit Interviews

Employees who separate from employment may be given the opportunity to complete an exit interview to discuss the reasons for leaving and to resolve any questions related to separation.

## Returning Facility Property

Prior to separation from employment, employees must return all facility property, including but not limited to computer equipment, electronic equipment, manuals, and confidential or proprietary information. Where permitted by applicable law, the facility may withhold from the employee's paycheck(s) or expense check(s) the cost of any items that are not returned or are returned in a damaged condition.

## References

The facility will provide reference information on current or former employees limited only to dates of employment and job title unless additional information is required by local and/or state agencies.

## Reemployment

Former employees are eligible for rehire if they left employment in good standing. No continuation of any past employment benefits such as salary or bonuses will be observed. The employee will still be required to submit to all pre-employment background checks. Rehired

CAPSTONE_000056

employees will be required to undergo the same pre-employment procedures as applicants seeking employment.

**Continuation of Health Plan Coverage**

Under "COBRA" (Public Law 99-272. Title X), the facility will offer employees and their families the opportunity for a temporary extension of health coverage (called "continuation coverage") at group rates in certain instances where coverage under the health plans would otherwise end. Persons eligible to continue coverage under COBRA are known as "qualified beneficiaries," and the events that trigger continuation of coverage are known as "qualifying events." Further information regarding COBRA is available through Human Resources. The employee is responsible for paying premiums required for COBRA coverage.

## V.   Safety

**Occupational Health and Safety Program**

The Occupational Safety and Health Act of 1970 clearly stated our common goal of safe and healthy working conditions.

Safety and health in our business must be part of every operation. Without question, it is every employee's responsibility at all levels.

It is the intent of this facility to comply with all laws. To do this, we must vigilantly be aware of conditions in all work areas that can produce injuries. No employee is required to work at a job which they know is not safe or healthy. Your cooperation in detecting hazards and, in turn, controlling them is a condition of your employment. Inform your Supervisor immediately of any situation beyond your ability or authority to correct.

Because the personal safety and health of each employee of this facility is of primary importance, the prevention of occupationally induced injuries and illnesses is of such consequence that it will be given precedence over operating productivity whenever necessary. To the greatest degree possible, management will provide all mechanical and physical facilities required for personal safety and health.

We will maintain a safety and health program conforming to the best management possible. To be successful, such a program must embody the proper attitudes toward injury and illness prevention, not only on the part of Supervisors and employees, but also between each employee and his or her co-workers. Only through such a cooperative effort can a safety program be established and preserved.

Our objective is to reduce the number of injuries and illnesses to an absolute minimum; our goal is to have zero accidents and injuries.

**Safety in the Workplace**

When using equipment, employees must follow all operating instructions, perform required maintenance, and exercise caution. The employee should always notify a Supervisor when equipment appears to be damaged, defective, or in need of repair. Likewise, if the employee observes a potential health or safety hazard, the employee should promptly report it to a Supervisor for investigation and correction.

CAPSTONE_000057

In the case of Fire Prevention or a Disaster, it is important that every employee is aware of the Fire and Disaster Program in the facility. Each facility should have a Fire and Disaster Manual that will be reviewed during various in-services and required drills. If you have any further questions regarding the Fire and Disaster Manual, please contact the Administrator.

**Vehicles and Driver Safety**

Employees who are required to drive a facility vehicle or personal automobile for facility business are expected to always wear seat belts and observe all traffic laws. Employees should never drive when not fully alert and not capable of driving safely. If involved in an auto accident, immediately notify the police, the department Supervisor, and the Administrator. Personal vehicles may not be utilized to transport residents.

Employees who are required to drive while performing their duties are responsible for maintaining an acceptable motor vehicle driving record, as well as valid insurance coverage for any personal vehicles used for facility business. A Motor Vehicle Record Report may be ordered any time during employment and at the discretion of the Supervisor. If any information regarding the employees' driver's license or insurance information should change, the employee is required to notify their Supervisor. The facility does not provide insurance for personal vehicles used for facility business and is not responsible for damage to or theft of personal vehicles. Employees who use their own vehicles for facility business should notify their insurance carriers.

Unauthorized use of a facility vehicle is strictly prohibited. Volunteers and minors are not permitted to drive facility vehicles nor transport residents, patients, clients, or customers in any personal vehicles.

**Occupational Injury Program**

Any employee reporting an occupational injury or illness will receive immediate and appropriate medical treatment. All applicable federal, state, and local laws or regulations pertaining to occupational injuries or illnesses will be followed and complied with at all times.

It is the responsibility of all employees to immediately report in writing to their Supervisor all occupational injuries or illnesses regardless of how insignificant or minor the injury or illness may appear at the time. Incident Report Forms are provided for this purpose and may be obtained from any Supervisor. The Supervisor will then complete a Supervisor's Incident Investigation Report Form. Failure to report an injury or illness as required by state law and facility policy could result in loss of compensation benefits and possibly lead to corrective action up to and including termination.

Employees who have an occupational injury or illness that is within the course and scope of their employment are eligible for benefits. Dependent upon the state, they may be either subscribers or non-subscribers to the State Workers Compensation System. The subscriber/non-subscriber status may change based on business need. Workers' Compensation laws are state laws, not federal laws. As a result, the benefits will vary between states. Consult your Administrator or local Human Resources Manager with any questions or for claims information.

CAPSTONE_000058

## VI.  <u>Facility Employee Handbook Acknowledgement</u>

(This acknowledgement to be placed in the employee's file)

I acknowledge that I have received a copy of the Employee Handbook. I understand that I am expected to read and comply with the Handbook (including any applicable Handbook Supplement), and any revisions to them.

The Employee Handbook outlines certain standards, policies, procedures, programs, and benefits, but they are not all inclusive and I am responsible for consulting with my Supervisor, the next level of management, or my Human Resources representative regarding questions not addressed in the Handbook or that are unclear to me.

The Employee Handbook is not intended to be, nor should I construe it as an express or implied contract of employment or a guarantee of employment for any specific period. It also is not intended to guarantee to me any specific terms or benefits of employment.

The Employee Handbook is subject to change at the sole discretion of the facility and without prior notice. The facility may deviate from its standards, policies, procedures, programs, and benefits, including those discussed in the Handbook, when it deems necessary in its sole discretion.

This Employee Handbook supersedes and replaces all prior employee handbooks, manuals or policies issued by the facility or any predecessor owner or operator.

_____

Employee's Name Printed or Typed


_____

Employee's Signature


_____

Date

CAPSTONE_000059

EXHIBIT 1-B

## ARBITRATION POLICY & PROCEDURES

**OVERVIEW:**    Capstone Healthcare                                    (hereinafter simply "the Company") recognizes that disputes may arise between it and its employees, that lawsuits are a frustratingly slow and expensive means of resolving disputes, and that arbitration is a faster, less expensive but fair means of resolving disputes for all parties. Arbitration is a dispute resolution process in which an independent, impartial person (the arbitrator) listens to each side present its position and supporting evidence and then decides how the dispute is resolved, much like a trial before a judge. The main differences are that no jury is available in arbitration, the process is less formal than the trial of a lawsuit, and the entire proceeding is private and confidential. Just like a trial, however, the arbitrator's decision is final and binding on all parties (unless appealed to a panel of three other arbitrators, similar to an appeal to a court of appeals).

The Company, like thousands of employers across the United States, believes that arbitration is beneficial for both it and its employees, because arbitration provides a fair, final resolution of employment disputes in a timely, cost-effective manner. Therefore, this Arbitration Policy and Procedures is adopted as an official employment policy of the Company. The Company will not revise, supplement or rescind this Arbitration Policy and Procedures without first giving written notice to its employees. Any revision, supplement or rescission of this Arbitration Policy and Procedures will be prospective only (meaning that any change will take effect only after the date of notice of it, and the change will not apply to any arbitration then going on), and the Company will give employees 10 days notice of the revision, supplement or rescission of this Arbitration Policy and Procedures. (The Company reserves the right to change all <u>other</u> policies and procedures at any time without notice and for any reason the Company deems sufficient.) <u>By continuing your employment with the Company, or by accepting employment with the Company, after you have been provided a copy of or otherwise received notice of this Arbitration Policy and Procedures, you accept all of the terms of this Arbitration Policy and Procedures and agree to be bound by them. The Company agrees that it is also bound by this Arbitration Policy and Procedures. The terms of this Arbitration Policy and Procedures are conditions of your employment.</u>

<u>CLAIMS SUBJECT TO ARBITRATION:</u> Claims and disputes covered by this Arbitration Policy and Procedures include, but are not limited to: (a) all claims and disputes that an employee of the Company may now have or may in the future have against the Company, and (b) all claims that the Company may presently have or may in the future have against the employee.

By way of example, the claims covered by this Arbitration Policy and Procedures also include, but are not limited to, all: claims for wages or other compensation; claims for breach of any contract, covenant or warranty (express or implied); tort claims (including claims for bodily injury or physical, mental or psychological injury, without regard to whether such injury was sustained in the course and scope of employment); negligence, negligence per se and gross negligence claims; claims for wrongful termination (including retaliatory discharge claims); claims of harassment or discrimination (including claims based on race, sex, religion, national origin, age, medical condition or disability); claims for benefits under any employee welfare benefit plan or program sponsored by the Company (after exhausting administrative remedies under the terms of such plans); claims for a violation of any other federal, state or other governmental law, statute, regulation or ordinance; and any and all claims challenging the validity or enforceability of this Arbitration Policy and Procedures (in whole or in part) or challenging the applicability of this Arbitration Policy and Procedures to a particular dispute or claim.

Page 1

**CAPSTONE_000832**

**CLAIMS NOT SUBJECT TO ARBITRATION:** Notwithstanding the foregoing, the following matters are expressly not covered by this Arbitration Policy and Procedures: (a) any criminal complaint or proceedings, (b) claims before administrative agencies for unemployment benefits, and (c) claims before administrative agencies for workers' compensation benefits.

**BINDING ON OTHERS:** This Arbitration Policy and Procedures binds and benefits both the employee and the Company, as well as their successors, subsidiaries and affiliates and any of their officers, directors, shareholders, partners, owners, employees and agents and any Company employee benefit plan and its administrators and fiduciaries, and all of their heirs, children, spouses, parents and legal representatives.

**COMPLETE AGREEMENT ON THE SUBJECT OF ARBITRATION:** This Arbitration Policy and Procedures is the complete agreement between the Company and an employee on the subject of arbitration of disputes. This Arbitration Policy and Procedures takes the place of any other verbal or written understanding on this subject. An employee must not rely on any statements, oral or written, on the subject, effect, enforceability or meaning of this Arbitration Policy and Procedures, except as specifically stated in this Arbitration Policy and Procedures. If any provision of this Arbitration Policy and Procedures is determined to be void or otherwise unenforceable, in whole or in part, such determination shall not affect the validity of the remainder of it.

**NOT AN EMPLOYMENT AGREEMENT:** This Arbitration Policy and Procedures shall not be construed to create any contract of employment, express or implied. Nor does this Arbitration Policy and Procedures in any way alter the at-will status of an employee's employment with the Company.

**DURATION:** This Arbitration Policy and Procedures shall survive the termination of the employee's employment with the Company and applies to any dispute, whether it arises or is asserted before, during or after the termination of the employee's employment with the Company.

**ARBITRATION PROCEDURES:**

1. **Required Notice of All Claims:** The party seeking arbitration must make a written demand for arbitration on the other party within the applicable statute of limitations. Written demand on the Company or one or more of its officers, directors, shareholders, employees, agents, affiliates or benefit plans must be sent to Colonial Gardens of Austin, Attention: Nursing Home Administrator, 3706 Adelphi Lane, Austin, TX 78727 (or such other person or address as the Company may specify). If the Company wishes to invoke arbitration, it will make written demand for arbitration on the employee at the last address recorded in the employee's personnel file. This demand for arbitration shall be sent to the other party (or parties) by certified or registered mail, return receipt requested. Neither filing nor serving a lawsuit stops the applicable statute of limitations from continuing to run.

2. **Representation:** Any party may be represented during pre-hearing procedures (as defined below), at the arbitration hearing and/or during the arbitration appeal (as defined below) by an attorney or other representative selected by the party.

3. **Mediation:** Any arbitration that has been timely and properly demanded under Paragraph 1 above shall be stayed and shall not proceed until the parties to the arbitration have mediated the dispute with a mediator either agreed upon by all parties or, if agreement by all parties cannot be reached, by a mediator provided by Dispute Solutions, Inc. This mediation requirement may be waived by written agreement signed by all parties or their counsel. The cost of the mediation shall be split evenly between the two sides to the dispute.

CAPSTONE_000833

4. **General Procedures:**

    a. The arbitration hearing will be conducted before one arbitrator (hereinafter the "hearing arbitrator) appointed by or Dispute Solutions, Inc., (or if Dispute Solutions, Inc. is unable to appoint an arbitrator, then by the American Arbitration Association). The then-current rules of Dispute Solutions, Inc., as applicable, governing employment disputes (or, if Dispute Solutions, Inc. is unable to appoint an arbitrator, then the then-current National Rules for the Resolution of Employment Disputes of the American Arbitration Association) shall control and be applied by the hearing arbitrator and by the appellate arbitrators (as defined below).

    b. The hearing arbitrator shall apply the substantive law (and the laws of remedies, if applicable), in the state in which the claim arose, or federal law, or both, depending upon the claims asserted. The hearing arbitrator shall also strictly apply the Federal Rules of Evidence, except that deposition testimony of a witness may be used at the arbitration hearing without regard to whether the witness is unavailable. The hearing arbitrator shall provide brief findings of fact and conclusions of law. All arbitration decisions and awards rendered pursuant to this Arbitration Policy and Procedures shall be kept strictly confidential and shall not be disclosed to anyone not a witness, attorney, party representative, or party who actually attended the arbitration hearing.

    c. The hearing arbitrator shall have jurisdiction to hear and rule on prehearing disputes and is authorized to hold prehearing conferences by telephone or in person as the arbitrator deems necessary. The hearing arbitrator will have the authority to hear a motion to dismiss and/or a motion for summary judgment by any party and in doing so shall apply the standards governing such motions under the Federal Rules of Civil Procedure. The hearing arbitrator shall stay any arbitration until the parties mediate the dispute, unless mediation has been waived by written agreement signed by all parties or their counsel.

5. **Pre-Hearing Procedures:** Each party will have the right to take the deposition of one individual and any expert witness designated by another party. Each party will have the right to subpoena witnesses in accordance with the Federal Arbitration Act, Title 9 of the United States Code. Additional discovery may be had only where the hearing arbitrator so orders, upon a showing of substantial need. At least 30 days before the arbitration, the parties must exchange lists of witnesses, including any experts, and copies of all exhibits intended to be used at the arbitration hearing.

6. **Arbitration Fees and Costs:** There will be both administrative fees and arbitrator compensation incurred for any arbitration hearing. The filing fee, included in the administrative fees, for the arbitration hearing will be paid $250.00 by the employee and the remainder by the Company. Unless the employee chooses to pay all or a part of them, all other administrative fees and all of the hearing arbitrator's compensation will be paid by the Company. Arbitrator compensation is subject to allocation in the award, but administrative fees are not subject to allocation in the award. Any fees for postponements will be paid by the party causing the postponement. Either party, at its expense, may arrange for and pay the cost of a court reporter to provide a stenographic record of the proceedings at the hearing.

7. **Attorneys' Fees:**

    a. Each party shall be responsible for their own attorney's fees, if any; however, if any party prevails on a statutory claim which allows the winning party to be awarded attorney's fees, or if there is a written agreement providing for fees, the hearing arbitrator shall award reasonable fees to the prevailing party. The hearing arbitrator shall determine the prevailing party in accordance with the meaning of "prevailing party" under the Civil Rights Attorney's Fees Awards Act of 1976.

CAPSTONE_000834

b. The hearing arbitrator shall assess attorney's fees against a party upon a showing that such party's claim, defense or position is frivolous, or unreasonable, or factually groundless.

c. If either party pursues a claim covered by this Arbitration Policy and Procedures by any means other than those set forth in this Arbitration Policy and Procedures, the responding party shall be entitled to dismissal of such action, and the recovery of all costs and attorney's fees and losses related to such action.

8. Appeal Procedures:

a. Any party may appeal any arbitration award that has been rendered and become final under the rules governing the arbitration. The written appeal must be served in writing on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association), by certified mail within thirty (30) days after the hearing arbitrator caused the arbitration award to be mailed to the parties or to their representatives. The writing evidencing the appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the appeal's basis. Once an appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act.

b. Within fifteen (15) days after receipt of the appeal, the other party or parties may serve a written cross-appeal by serving it by certified mail on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association). The writing evidencing the cross-appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act, even if the appeal is subsequently withdrawn.

c. Within forty-five (45) days after receipt of the appeal, the parties to the appeal shall select a panel of three arbitrators (hereinafter the "appellate arbitrators") utilizing the procedures to select arbitrators set forth in the then-current rules of Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then in the then-current rules of the American Arbitration Association). The hearing arbitrator shall not be eligible to serve as an appellate arbitrator.

d. The fees and expenses of the appellate arbitrators shall be shared equally if both an appeal and a cross-appeal are served. If only an appeal is served, the fees and expenses of the appellate arbitrators shall be paid by the appellant party (or parties). Each party serving an appeal or cross-appeal shall deposit funds or post other appropriate security for the appellate arbitrators' fees in an amount and manner determined by Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then by the American Arbitration Association) within thirty (30) days after that party's service of an appeal or cross-appeal.

e. The record on appeal to the appellate arbitrators shall consist of any stenographic record or other record of the hearing before the hearing arbitrator and shall include all exhibits and deposition transcripts admitted into the record by the hearing arbitrator. The parties to an appeal shall assist and cooperate with Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then the American Arbitration Association), in providing the record, exhibits and deposition transcripts to the appellate arbitrators.

CAPSTONE_000835

f.  The appellate arbitrators shall establish a briefing schedule, page limitations for briefs and a date and duration for oral argument; provided, however, that prior to the appellate arbitrators' rulings on these subjects, the parties to the appeal may agree to waive briefing and/or oral argument and may agree to their own page limitations for briefs.

g.  The appellate arbitrators shall apply the same standard of review as the first-level appellate court would apply to the cause of action or defense on appeal in similar circumstances. If both federal and state-law causes of action (and/or defenses) are before the appellate arbitrators (either in a single appeal or as the result of a cross-appeal), the appellate arbitrators shall apply only the standards of review utilized by the local United States Court of Appeals in similar circumstances.

h.  By majority vote, the appellate arbitrators may affirm, reverse, render or modify an arbitration award. The appellate arbitrators may remand, but they may not remand to the original hearing arbitrator. In the event of a remand, the parties shall select a new hearing arbitrator under the procedures set forth in the rules governing the arbitration, and the fees and expenses of the new hearing arbitrator shall be shared equally by the parties to the re-hearing. The appellate arbitrators' decision shall include a brief, written opinion addressing the issues before them, and such opinion shall be delivered to the parties and to Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then to the American Arbitration Association), within thirty (30) days after the conclusion of any briefing schedule or any oral argument or as the parties may agree. Fifteen (15) days after receipt of the appellate arbitrators' opinion setting forth their decision, any award by them shall be considered final for purposes of judicial enforcement, modification or vacation under the Federal Arbitration Act.

9.  **Interstate Commerce and the Federal Arbitration Act:** The Company is involved in transactions involving interstate commerce (*e.g.*, purchasing goods and services from outside the state which are shipped into it; utilizing the interstate mail, telephone and highway systems; operating facilities serving people from various states; and recruiting and advertising outside the state), and the employee's employment with the Company involves such commerce. Therefore, the Federal Arbitration Act, Title 9 of the United States Code, will govern the interpretation, enforcement, and all judicial proceedings under and/or with respect to this Arbitration Policy and Procedures.

Adopted effective this 1st day of ____April____, 2017.

SOUTHWEST LTC-AUSTIN ALF, INC.
DBA COLONIAL GARDENS OF AUSTIN
  Capstone Healthcare

By: _____

Title:  President _____

Page 5

CAPSTONE_000836

# EMPLOYEE ACKNOWLEDGMENT OF RECEIPT OF ARBITRATION POLICY AND PROCEDURES

I have been provided a copy of my employer's Arbitration Policy and Procedures. I understand that I should thoroughly read it. I also understand that it is a binding contract between me and the Company and that it is a condition and term of my continued employment, and of any future employment, with the Company. I also understand that neither this acknowledgment nor the Arbitration Policy and Procedures creates an employment contract and that neither document changes the at-will status of my employment with the Company.

I understand that by continuing my employment with the Company (or by accepting future employment with the Company after receiving the Arbitration Policy and Procedures) I agree to submit to binding arbitration (under the Arbitration Policy and Procedures) any and all claims, disputes or controversies that exist now or arise later between me and the Company or between me and any Company employees, officers, partners, owners or affiliated companies, including claims, disputes and controversies arising before, during and after my employment with the Company.

**EMPLOYEE**

**PARENT/LEGAL GUARDIAN** *(IF UNDER 18 AND UNMARRIED)*

SIGNATURE OF PARENT/LEGAL GUARDIAN [IF UNDER 18 & UNMARRIED]      PRINTED NAME OF PARENT/LEGAL GUARDIAN

DATE      RELATIONSHIP

CAPSTONE_000837

EXHIBIT C

*Arbitration Policy & Procedures*

**Overview:**  Capstone Healthcare and affiliates and affiliates (hereinafter simply "the Company") recognize that disputes may arise between it and its employees, that lawsuits are a frustratingly slow and expensive means of resolving disputes, and that arbitration is faster, less expensive but fair means of resolving disputes for all parties.  Arbitration is a dispute resolution process in which an independent, impartial person (the arbitrator) listens to each side present its position and supporting evidence and then decides how the dispute is resolved, much like a trial before a judge.  The main differences are that no jury is available in arbitration, the process is less formal than the trial of a lawsuit and the entire proceeding is private and confidential.  Just like a trial, however, the arbitrator's decision is final and binding on all parties (unless appeals to a panel of three other arbitrators, similar to an appeal to the court of appeals).

The Company, like thousands of employers across the United States, believes that arbitration is beneficial for both it and its employees because arbitration provides a fair, final resolution of employment disputes in a timely, cost-effective manner.  Therefore, this Arbitration Policy and Procedures is adopted as an official employment policy of the Company.  The Company will not revise, supplement, or rescind this Arbitration Policy and Procedures without first giving written notice to its employees.  Any revision, supplement, or rescission of this Arbitration Policy and Procedures will be prospective only (meaning that any change will take effect only after the date of notice of it, and the change will not apply to any arbitration then going on), and the Company will give employees 10 days' notice of the revision, supplement or recission of the Arbitration Policy and Procedures.  (the Company reserves the right to change all <u>other</u> policies and procedures at any time without notice and for any reason the Company deems sufficient).

<u>By continuing your employment with the Company, or by accepting employment with the Company, after you have been provided a copy of or otherwise received notice of this Arbitration Policy and Procedures, you accept all the terms of this Arbitration Policy and Procedures and agree to be bound by them.  The Company agrees that it is also bound by this Arbitration Policy and Procedures.  The terms of this Arbitration Policy and Procedures are conditions of your employment.</u>

<u>Claims Subject to Arbitration:</u>  Claims and disputes covered by this Arbitration Policy and Procedures include but are not limited to (a) all claims and disputes that an employee of the Company may now have or may in the future have against the Company, and (b) all claims that the Company may presently have or may in the future have against the employee.

By way of example, the claims covered by this Arbitration Policy and Procedures also include, but are not limited to, all: claims for wages or other compensation; claims for breach of any contract, covenant or warranty (express or implied); tort claims (including claims for bodily injury or physical, mental or psychological injury, without regard to whether such injury was sustained in the course and scope of employment); negligence, negligence per se and gross negligence claims; claims for wrongful up to and including (including retaliatory discharge claims); claims of harassment or discrimination (including claims based on race, sex, religion, national origin, age, medical condition or disability); claims for benefits under any employee welfare benefit plan or program sponsored by the Company (after exhausting administrative remedies under the terms of such plans); claims for violation of any other federal, state, or other governmental law, statue, regulation or ordinance; and any and all claims challenging the validity or enforceability of this Arbitration Policy and Procedures (in whole or in part) or challenging the applicability of the Arbitration Policy and Procedures to a particular dispute or claim.

<u>Claims Not Subject to Arbitration:</u>  Notwithstanding the foregoing, the following matters are expressly not covered by this Arbitration Policy and Procedures: (a) any criminal complaint or proceedings, and (b) claims before administrative agencies for unemployment benefits.

**Binding on Others:**  This Arbitration Policy and Procedure binds and benefits both the employee and the Company, as well as their successors, subsidiaries, and affiliates and any of their officers, directors, shareholders, partners, owners, employees, agents, and any Company employee benefit plan and its administrators and fiduciaries, and all their heirs, children, spouses, parents, and legal representatives.

**Complete Agreement on the Subject of Arbitration:**  This Arbitration Policy and Procedure is the complete agreement between the Company and an employee on the subject of written understanding of the subject.  An employee must not rely on any statements, oral or written, on the subject, effect, enforceability, or meaning of this Arbitration Policy and Procedures, except as specifically stated in this Arbitration Policy and Procedures.  If any provision of this Arbitration Policy and Procedures is determined to be void or otherwise unenforceable, in whole or in part, such determination shall not affect the validity of the remainder of it.

**Not an Employment Agreement:**  This Arbitration Policy and Procedures shall not be construed to create any contract of employment, express or implied.  Nor does this Arbitration Policy and Procedure in any way alter the at-will status of an employee's employment with the Company.

**Duration:**  This Arbitration Policy and Procedures shall survive the up to and including of the employee's employment with the Company and applies to any dispute, whether it arises or is asserted before, during, or after the up to and including of the employee's employment with the Company.

**Arbitration Procedures:**

1. Required Notice of All Claims:  The party seeking arbitration must make a written demand for arbitration on the other party within the applicable state of limitations.  Written demand on the Company or one or more of its officers, directors, shareholders, employees, agents, affiliates, or benefit plans must be sent to Capstone Healthcare, 7920 Virginia Parkway, Suite 3200, McKinney, TX  75071 (or such other person or address as the Company may specify).  If the Company wishes to invoke arbitration, it will make a written demand for arbitration on the employee at the last address recorded in the employee's personnel file.  This demand for arbitration shall be sent to the other party (or parties) by certified or registered mail, return receipt requested.  Neither filing nor serving a lawsuit stops the applicable statute of limitations from continuing to run.

2. Representation:  Any party may be represented during pre-hearing procedures (as defined below), at the arbitration hearing, and/or during the arbitration appeal (as defined below) by an attorney or other representative selected by the party.

3. Mediation:  Any arbitration that has been timely and properly demanded under Paragraph I above shall be stayed and shall not proceed until the parties to the arbitration have mediated the dispute with a mediator either agreed upon by all parties or, if agreement by all parties cannot be reached, by a mediator.  This mediation requirement may be waived by a written agreement signed by all parties or their counsel.  The cost of mediation shall be split evenly between the two sides of the dispute.

4. General Procedures:
   a. The arbitration hearing will be conducted before one arbitrator (hereinafter the "hearing arbitrator) The then-current rules of the arbitrator shall control and be applied by the hearing arbitrator and by the appellate arbitrators (as defined below).
   b. The hearing arbitrator shall apply the substantive law (and the laws of remedies, if applicable), in the state in which the claim arose, or federal law, or both, depending upon the claims asserted.  The hearing arbitrator shall also strictly apply the Federal Rules of Evidence, except that deposition testimony of a witness may be used at the arbitration hearing without regard to whether the witness is unavailable.  The hearing arbitrator shall provide brief findings of the act and conclusions of law. All arbitration decisions and awards rendered pursuant to this Arbitration Policy and Procedures shall be kept strictly confidential

and shall not be disclosed to anyone, not a witness, attorney, party representative, or party who actually attended the arbitration hearing.

c.  The hearing arbitrator shall have jurisdiction to hear and rule on prehearing disputes and is authorized to hold prehearing conferences by telephone or in-person as the arbitrator deems necessary. The hearing arbitrator will have the authority to hear a motion to dismiss and/or a motion for summary judgment by any party and in doing so shall apply the standards governing such motions under the Federal Rules of Civil Procedure. The hearing arbitrator shall stay any arbitration until the parties mediate the dispute unless mediation has been waived by written agreement signed by all parties of their counsel.

5.  Prehearing Procedures: Each party will have the right to take the deposition of one individual and any expert witness designated by another party. Each party will have the right to subpoena witnesses in accordance with the Federal Arbitration Act, Title 9 of the United States Code. Additional discovery may be had only where the hearing arbitrator so orders, upon showing of substantial need. At least 30 days before the arbitration, the parties must exchange lists of witnesses, including any experts, and copies of all exhibits intended to be used at the arbitration hearing.

6.  Arbitration Fees and Costs: There will be both administrative fees and arbitrator compensation incurred for any arbitration hearing. The filing fee, included in the administrative fees, for the arbitration hearing, will be paid $500.00 by the employee and the remainder by the Company. Unless the employee chooses to pay all or part of them, all other administrative fees and all the hearing arbitrator's compensation will be paid by the Company. Arbitrator compensation is subject to allocation in the award, but administrative fees are not subject to allocation in the award. Any fees for postponements will be paid by the party causing the postponement. Either party, at its expense, may arrange for and pay for the cost of a court reporter to provide a stenographic record of the proceedings at the hearing.

7.  Attorney's Fees:

a.  Each party shall be responsible for their own attorney's fees, if any; however, if any party prevails on a statutory claim which allows the winning party to be awarded attorney's fees, or if there is a written agreement providing for fees, the hearing arbitrator shall award reasonable fees to the prevailing party. The hearing arbitrator shall determine the prevailing party in accordance with the meaning of "prevailing party" under the Civil Rights Attorney's Fees Awards Act of 1976

b.  The hearing arbitrator shall assess attorney's fees against a party upon a showing that such party's claim, defense, or position is frivolous, or unreasonable, or factually groundless.

c.  If either party pursues a claim covered by this Arbitration Policy and Procedures by any means other than those set forth in this Arbitration Policy and Procedures, the responding party shall be entitled to dismissal of such action and the recovery of all costs and attorney's fees and losses related to such action.

8.  Appeals Procedures:

a.  Any party may appeal any arbitration award that has been rendered and become final under the rules governing the arbitration. The written appeal must be served in writing on the other party or parties to the arbitration and on the arbitrator by certified mail within thirty (30) days after the hearing arbitrator caused the arbitration award to be mailed to the parties or their representatives. The writing evidencing the cross-appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification, or vacation under the Federal Arbitration Act.

b.  Within fifteen (15) days after receipt of the appeal, the other party or parties may serve a written cross-appeal by serving it by certified mail on the other party or parties to the arbitration and on the arbitrator. The writing evidencing the cross-appeal must specify those elements of the arbitration award that are

being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification, or vacation under the Federal Arbitration Act, even if the appeal is subsequently withdrawn.

c. Within forty-five (45) days after receipt of the appeal, the parties to the appeal shall select a panel of three arbitrators (hereinafter the "appellate arbitrators") utilizing the procedures to select arbitrators set forth in the then-current rules of the arbitrator. The hearing arbitrator shall not be eligible to serve as an appellate arbitrator.

d. The fees and expenses of the appellate arbitrators shall be shared equally if both an appeal and a cross-appeal are served. If only an appeal is served, the fees and expenses of the appellate arbitrators shall be paid by the appellant party (or parties). Each party serving an appeal or cross-appeal shall deposit funds or post other appropriate security for the appellate arbitrators' fees in an amount and manner determined by the arbitrator within thirty (30) days after that party's service of an appeal or cross-appeal.

e. The record on appeal to the appellate arbitrators shall consist of any stenographic record or other record of the hearing before the hearing arbitrator and shall include all exhibits and deposition transcripts admitted into the record by the hearing arbitrator. The parties to an appeal shall assist and cooperate with the arbitrator in providing the record, exhibits, and deposition transcripts to the appellate arbitrators.

f. The appellate arbitrators shall establish a briefing schedule, page limitations for briefs, and a date and duration for oral argument; provided, however, that prior to the appellate arbitrators' rulings on these subjects, the parties to the appeal may agree to waive briefing and/or oral argument and may agree to their own page limitations for briefs.

g. The appellate arbitrators shall apply the same standard of review as the first-level appellate court would apply to the cause of action or defense on appeal in similar circumstances. If both federal and state-law causes of action (and/or defenses) are before the appellate arbitrators (either in a single appeal or as the result of a cross-appeal), the appellate arbitrators shall apply only the standard of review utilized by the local United States Court of Appeals in similar circumstances.

h. By majority vote, the appellate arbitrators may affirm, reverse, render, or modify an arbitration award. The appellate arbitrators may remand, but they may not remand the original hearing arbitrator. In the event of remand, the parties shall select a new hearing arbitrator under the procedures set forth in the rules governing the arbitration, and the fees and expenses of the new hearing arbitrator shall be shared equally by the parties to the re-hearing. The appellate arbitrator's decision shall include a brief, written opinion addressing the issues before them, and such opinion shall be delivered to the parties and to the arbitrator within thirty (30) days after the conclusion of any oral argument or as the parties may agree. Fifteen (15) days after receipt of the appellate arbitrators' opinion setting forth their decisions, any award by them shall be considered final for purposes of judicial enforcement, modification, or vacation under the Federal Arbitration Act.

9.  Interstate Commerce and the Federal Arbitration Act: The Company is involved in transactions involving interstate commerce (*e.g.,* purchasing goods and services from outside the state that are shipping into it; utilizing the interstate mail, telephone, and highway systems; operating facilities serving people from various states; and), and the employee's employment with the Company involves such commerce. Therefore, the Federal Arbitration Act, Title 9 of the United States Code, will govern the interpretation, enforcement, and all judicial proceedings under and/or with respect to this Arbitration Policy and Procedures.

CAPSTONE_000841

Adopted effective this __1st___ day of __December__, __2023_____.

Capstone Healthcare and affiliates

By: _____

Title: __President_____

## Acknowledgment of Receipt of Arbitration Policy and Procedures

I have been provided with a copy of my employer's Arbitration Policy and Procedures.  I understand that I should thoroughly read it.  I also understand that it is a binding contract between me and the Company and that it is a condition and term of my continued employment, and of any future employment, with the Company.  I also understand that neither this acknowledgment nor the Arbitration Policy and Procedures creates an employment contract and that neither document changes the at-will status of my employment with the Company.

I understand that by continuing my employment with the Company (or by accepting future employment with the Company after receiving the Arbitration Policy and Procedures), I agree to submit to binding arbitration (under the Arbitration Policy and Procedures) any and all claims, disputes or controversies that exist now or arise later between me and the Company or between me and any Company employees, officers, partners, owners or affiliation companies, including claims, disputes, and controversies arising before, during and after my employment with the Company.

Employee Name: ██████████████

Employee Signature: ██████████████        Date: 1015/2024

# EXHIBIT 1-D

CLAIMS NOT SUBJECT TO ARBITRATION: Notwithstanding the foregoing, the following matters are expressly not covered by this Arbitration Policy and Procedures: (a) any criminal complaint or proceedings, (b) claims before administrative agencies for unemployment benefits, and (c) claims before administrative agencies for workers' compensation benefits.

BINDING ON OTHERS: This Arbitration Policy and Procedures binds and benefits both the employee and the Company, as well as their successors, subsidiaries and affiliates and any of their officers, directors, shareholders, partners, owners, employees and agents and any Company employee benefit plan and its administrators and fiduciaries, and all of their heirs, children, spouses, parents and legal representatives.

COMPLETE AGREEMENT ON THE SUBJECT OF ARBITRATION: This Arbitration Policy and Procedures is the complete agreement between the Company and an employee on the subject of arbitration of disputes. This Arbitration Policy and Procedures takes the place of any other verbal or written understanding on this subject. An employee must not rely on any statements, oral or written, on the subject, effect, enforceability or meaning of this Arbitration Policy and Procedures, except as specifically stated in this Arbitration Policy and Procedures. If any provision of this Arbitration Policy and Procedures is determined to be void or otherwise unenforceable, in whole or in part, such determination shall not affect the validity of the remainder of it.

NOT AN EMPLOYMENT AGREEMENT: This Arbitration Policy and Procedures shall not be construed to create any contract of employment, express or implied. Nor does this Arbitration Policy and Procedures in any way alter the at-will status of an employee's employment with the Company.

DURATION: This Arbitration Policy and Procedures shall survive the termination of the employee's employment with the Company and applies to any dispute, whether it arises or is asserted before, during or after the termination of the employee's employment with the Company.

ARBITRATION PROCEDURES:

1. Required Notice of All Claims: The party seeking arbitration must make a written demand for arbitration on the other party within the applicable statute of limitations. Written demand on the Company or one or more of its officers, directors, shareholders, employees, agents, affiliates or benefit plans must be sent to Colonial Gardens of Austin, Attention: Nursing Home Administrator, 3706 Adelphi Lane, Austin, TX 78727 (or such other person or address as the Company may specify). If the Company wishes to invoke arbitration, it will make written demand for arbitration on the employee at the last address recorded in the employee's personnel file. This demand for arbitration shall be sent to the other party (or parties) by certified or registered mail, return receipt requested. Neither filing nor serving a lawsuit stops the applicable statute of limitations from continuing to run;

2. Representation: Any party may be represented during pre-hearing procedures (as defined below), at the arbitration hearing and/or during the arbitration appeal (as defined below) by an attorney or other representative selected by the party.

3. Mediation: Any arbitration that has been timely and properly demanded under Paragraph 1 above shall be stayed and shall not proceed until the parties to the arbitration have mediated the dispute with a mediator either agreed upon by all parties or, if agreement by all parties cannot be reached, by a mediator provided by Dispute Solutions, Inc. This mediation requirement may be waived by written agreement signed by all parties or their counsel. The cost of the mediation shall be split evenly between the two sides to the dispute.

b. The hearing arbitrator shall assess attorney's fees against a party upon a showing that such party's claim, defense or position is frivolous, or unreasonable, or factually groundless.

c. If either party pursues a claim covered by this Arbitration Policy and Procedures by any means other than those set forth in this Arbitration Policy and Procedures, the responding party shall be entitled to dismissal of such action, and the recovery of all costs and attorney's fees and losses related to such action.

8. Appeal Procedures:

a. Any party may appeal any arbitration award that has been rendered and become final under the rules governing the arbitration. The written appeal must be served in writing on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association), by certified mail within thirty (30) days after the hearing arbitrator caused the arbitration award to be mailed to the parties or to their representatives. The writing evidencing the appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the appeal's basis. Once an appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act.

b. Within fifteen (15) days after receipt of the appeal, the other party or parties may serve a written cross-appeal by serving it by certified mail on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association). The writing evidencing the cross-appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act, even if the appeal is subsequently withdrawn.

c. Within forty-five (45) days after receipt of the appeal, the parties to the appeal shall select a panel of three arbitrators (hereinafter the "appellate arbitrators") utilizing the procedures to select arbitrators set forth in the then-current rules of Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then in the then-current rules of the American Arbitration Association). The hearing arbitrator shall not be eligible to serve as an appellate arbitrator.

d. The fees and expenses of the appellate arbitrators shall be shared equally if both an appeal and a cross-appeal are served. If only an appeal is served, the fees and expenses of the appellate arbitrators shall be paid by the appellant party (or parties). Each party serving an appeal or cross-appeal shall deposit funds or post other appropriate security for the appellate arbitrators' fees in an amount and manner determined by Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then by the American Arbitration Association) within thirty (30) days after that party's service of an appeal or cross-appeal.

e. The record on appeal to the appellate arbitrators shall consist of any stenographic record or other record of the hearing before the hearing arbitrator and shall include all exhibits and deposition transcripts admitted into the record by the hearing arbitrator. The parties to an appeal shall assist and cooperate with Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then the American Arbitration Association), in providing the record, exhibits and deposition transcripts to the appellate arbitrators.

## EMPLOYEE ACKNOWLEDGMENT OF RECEIPT OF ARBITRATION POLICY AND PROCEDURES

I have been provided a copy of my employer's Arbitration Policy and Procedures. I understand that I should thoroughly read it. I also understand that it is a binding contract between me and the Company and that it is a condition and term of my continued employment, and of any future employment with the Company. I also understand that neither this acknowledgment nor the Arbitration Policy and Procedures creates an employment contract and that neither document changes the at-will status of my employment with the Company.

I understand that by continuing my employment with the Company (or by accepting future employment with the Company after receiving the Arbitration Policy and Procedures) I agree to submit to binding arbitration (under the Arbitration Policy and Procedures) any and all claims, disputes or controversies that exist now or arise later between me and the Company or between me and any Company employees, officers, partners, owners or affiliated companies, including claims, disputes and controversies arising before, during and after my employment with the Company,

EMPLOYEE:

*Loretta J. St.Clair*

*Loretta J. St.Clair*

SIGNATURE OF EMPLOYEE                              PRINTED NAME OF EMPLOYEE

*8-21-2023*

DATE

PARENT OR LEGAL GUARDIAN (IF UNDER 18 & UNMARRIED)

SIGNATURE OF PARENT/LEGAL GUARDIAN (IF UNDER 18 & UNMARRIED)          PRINTED NAME OF PARENT/LEGAL GUARDIAN

DATE                                                RELATIONSHIP

CAPSTONE_000228

## EXHIBIT 1-E

CLAIMS NOT SUBJECT TO ARBITRATION: Notwithstanding the foregoing, the following matters are expressly not covered by this Arbitration Policy and Procedures: (a) any criminal complaint or proceedings, (b) claims before administrative agencies for unemployment benefits, and (c) claims before administrative agencies for workers' compensation benefits.

BINDING ON OTHERS: This Arbitration Policy and Procedures binds and benefits both the employee and the Company, as well as their successors, subsidiaries and affiliates and any of their officers, directors, shareholders, partners, owners, employees and agents and any Company employee benefit plan and its administrators and fiduciaries, and all of their heirs, children, spouses, parents and legal representatives.

COMPLETE AGREEMENT ON THE SUBJECT OF ARBITRATION: This Arbitration Policy and Procedures is the complete agreement between the Company and an employee on the subject of arbitration of disputes. This Arbitration Policy and Procedures takes the place of any other verbal or written understanding on this subject. An employee must not rely on any statements, oral or written, on the subject, effect, enforceability or meaning of this Arbitration Policy and Procedures, except as specifically stated in this Arbitration Policy and Procedures. If any provision of this Arbitration Policy and Procedures is determined to be void or otherwise unenforceable, in whole or in part, such determination shall not affect the validity of the remainder of it.

NOT AN EMPLOYMENT AGREEMENT: This Arbitration Policy and Procedures shall not be construed to create any contract of employment, express or implied. Nor does this Arbitration Policy and Procedures in any way alter the at-will status of an employee's employment with the Company.

DURATION: This Arbitration Policy and Procedures shall survive the termination of the employee's employment with the Company and applies to any dispute, whether it arises or is asserted before, during or after the termination of the employee's employment with the Company.

ARBITRATION PROCEDURES:

1. Required Notice of All Claims: The party seeking arbitration must make a written demand for arbitration on the other party within the applicable statute of limitations. Written demand on the Company or one or more of its officers, directors, shareholders, employees, agents, affiliates or benefit plans must be sent to Colonial Gardens of Austin, Attention: Nursing Home Administrator, 3706 Adelphi Lane, Austin, TX 78727 (or such other person or address as the Company may specify). If the Company wishes to invoke arbitration, it will make written demand for arbitration on the employee at the last address recorded in the employee's personnel file. This demand for arbitration shall be sent to the other party (or parties) by certified or registered mail, return receipt requested. Neither filing nor serving a lawsuit stops the applicable statute of limitations from continuing to run.

2. Representation: Any party may be represented during pre-hearing procedures (as defined below), at the arbitration hearing and/or during the arbitration appeal (as defined below) by an attorney or other representative selected by the party.

3. Mediation: Any arbitration that has been timely and properly demanded under Paragraph 1 above shall be stayed and shall not proceed until the parties to the arbitration have mediated the dispute with a mediator either agreed upon by all parties or, if agreement by all parties cannot be reached, by a mediator provided by Dispute Solutions, Inc. This mediation requirement may be waived by written agreement signed by all parties or their counsel. The cost of the mediation shall be split evenly between the two sides to the dispute.

CAPSTONE_000315

4.  General Procedures:

   a.  The arbitration hearing will be conducted before one arbitrator (hereinafter the "hearing arbitrator") appointed by or Dispute Solutions, Inc., (or if Dispute Solutions, Inc. is unable to appoint an arbitrator, then by the American Arbitration Association). The then-current rules of Dispute Solutions, Inc., as applicable, governing employment disputes (or, if Dispute Solutions, Inc. is unable to appoint an arbitrator, then the then-current National Rules for the Resolution of Employment Disputes of the American Arbitration Association) shall control and be applied by the hearing arbitrator and by the appellate arbitrators (as defined below).

   b.  The hearing arbitrator shall apply the substantive law (and the laws of remedies, if applicable), in the state in which the claim arose, or federal law, or both, depending upon the claims asserted. The hearing arbitrator shall also strictly apply the Federal Rules of Evidence, except that deposition testimony of a witness may be used at the arbitration hearing without regard to whether the witness is unavailable. The hearing arbitrator shall provide brief findings of fact and conclusions of law. All arbitration decisions and awards rendered pursuant to this Arbitration Policy and Procedures shall be kept strictly confidential and shall not be disclosed to anyone not a witness, attorney, party representative, or party who actually attended the arbitration hearing.

   c.  The hearing arbitrator shall have jurisdiction to hear and rule on prehearing disputes and is authorized to hold prehearing conferences by telephone or in person as the arbitrator deems necessary. The hearing arbitrator will have the authority to hear a motion to dismiss and/or a motion for summary judgment by any party and in doing so shall apply the standards governing such motions under the Federal Rules of Civil Procedure. The hearing arbitrator shall stay any arbitration until the parties mediate the dispute, unless mediation has been waived by written agreement signed by all parties or their counsel.

5.  Pre-Hearing Procedures: Each party will have the right to take the deposition of one individual and any expert witness designated by another party. Each party will have the right to subpoena witnesses in accordance with the Federal Arbitration Act, Title 9 of the United States Code. Additional discovery may be had only where the hearing arbitrator so orders, upon a showing of substantial need. At least 30 days before the arbitration, the parties must exchange lists of witnesses, including any experts, and copies of all exhibits intended to be used at the arbitration hearing.

6.  Arbitration Fees and Costs: There will be both administrative fees and arbitrator compensation incurred for any arbitration hearing. The filing fee, included in the administrative fees, for the arbitration hearing will be paid $250.00 by the employee and the remainder by the Company. Unless the employee chooses to pay all or a part of them, all other administrative fees and all of the hearing arbitrator's compensation will be paid by the Company. Arbitrator compensation is subject to allocation in the award, but administrative fees are not subject to allocation in the award. Any fees for postponements will be paid by the party causing the postponement. Either party, at its expense, may arrange for and pay the cost of a court reporter to provide a stenographic record of the proceedings at the hearing.

7.  Attorneys' Fees:

   a.  Each party shall be responsible for their own attorney's fees, if any; however, if any party prevails on a statutory claim which allows the winning party to be awarded attorney's fees, or if there is a written agreement providing for fees, the hearing arbitrator shall award reasonable fees to the prevailing party. The hearing arbitrator shall determine the prevailing party in accordance with the meaning of "prevailing party" under the Civil Rights Attorney's Fees Awards Act of 1976.

CAPSTONE_000316

b.  The hearing arbitrator shall assess attorney's fees against a party upon a showing that such party's claim, defense or position is frivolous, or unreasonable, or factually groundless.

c.  If either party pursues a claim covered by this Arbitration Policy and Procedures by any means other than those set forth in this Arbitration Policy and Procedures, the responding party shall be entitled to dismissal of such action, and the recovery of all costs and attorney's fees and losses related to such action.

8.  Appeal Procedures:

a.  Any party may appeal any arbitration award that has been rendered and become final under the rules governing the arbitration. The written appeal must be served in writing on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association), by certified mail within thirty (30) days after the hearing arbitrator caused the arbitration award to be mailed to the parties or to their representatives. The writing evidencing the appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the appeal's basis. Once an appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act.

b.  Within fifteen (15) days after receipt of the appeal, the other party or parties may serve a written cross-appeal by serving it by certified mail on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association). The writing evidencing the cross-appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act, even if the appeal is subsequently withdrawn.

c.  Within forty-five (45) days after receipt of the appeal, the parties to the appeal shall select a panel of three arbitrators (hereinafter the "appellate arbitrators") utilizing the procedures to select arbitrators set forth in the then-current rules of Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then in the then-current rules of the American Arbitration Association). The hearing arbitrator shall not be eligible to serve as an appellate arbitrator.

d.  The fees and expenses of the appellate arbitrators shall be shared equally if both an appeal and a cross-appeal are served. If only an appeal is served, the fees and expenses of the appellate arbitrators shall be paid by the appellant party (or parties). Each party serving an appeal or cross-appeal shall deposit funds or post other appropriate security for the appellate arbitrators' fees in an amount and manner determined by Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then by the American Arbitration Association) within thirty (30) days after that party's service of an appeal or cross-appeal.

e.  The record on appeal to the appellate arbitrators shall consist of any stenographic record or other record of the hearing before the hearing arbitrator and shall include all exhibits and deposition transcripts admitted into the record by the hearing arbitrator. The parties to an appeal shall assist and cooperate with Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then the American Arbitration Association), in providing the record, exhibits and deposition transcripts to the appellate arbitrators.

f.  The appellate arbitrators shall establish a briefing schedule, page limitations for briefs and a date and duration for oral argument; provided, however, that prior to the appellate arbitrators' rulings on these subjects, the parties to the appeal may agree to waive briefing and/or oral argument and may agree to their own page limitations for briefs.

g.  The appellate arbitrators shall apply the same standard of review as the first-level appellate court would apply to the cause of action or defense on appeal in similar circumstances.  If both federal and state-law causes of action (and/or defenses) are before the appellate arbitrators (either in a single appeal or as the result of a cross-appeal), the appellate arbitrators shall apply only the standards of review utilized by the local United States Court of Appeals in similar circumstances.

h.  By majority vote, the appellate arbitrators may affirm, reverse, render or modify an arbitration award.  The appellate arbitrators may remand, but they may not remand to the original hearing arbitrator.  In the event of a remand, the parties shall select a new hearing arbitrator under the procedures set forth in the rules governing the arbitration, and the fees and expenses of the new hearing arbitrator shall be shared equally by the parties to the re-hearing.  The appellate arbitrators' decision shall include a brief, written opinion addressing the issues before them, and such opinion shall be delivered to the parties and to Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then to the American Arbitration Association), within thirty (30) days after the conclusion of any briefing schedule or any oral argument or as the parties may agree.  Fifteen (15) days after receipt of the appellate arbitrators' opinion setting forth their decision, any award by them shall be considered final for purposes of judicial enforcement, modification or vacation under the Federal Arbitration Act.

9.  Interstate Commerce and the Federal Arbitration Act.  The Company is involved in transactions involving interstate commerce (*e.g.*, purchasing goods and services from outside the state which are shipped into it; utilizing the interstate mail, telephone and highway systems; operating facilities serving people from various states; and recruiting and advertising outside the state), and the employee's employment with the Company involves such commerce.  Therefore, the Federal Arbitration Act, Title 9 of the United States Code, will govern the interpretation, enforcement, and all judicial proceedings under and/or with respect to this Arbitration Policy and Procedures.

Adopted effective this <u>1st</u> day of <u>April</u>, 2017.

       SOUTHWEST LTC-AUSTIN ALF, INC.
       DBA COLONIAL GARDENS OF AUSTIN
       Capstone Healthcare

       By: _____

       Title: <u>President</u>

CAPSTONE_000318

## EMPLOYEE ACKNOWLEDGMENT OF RECEIPT OF ARBITRATION POLICY AND PROCEDURES

I have been provided a copy of my employer's Arbitration Policy and Procedures. I understand that I should thoroughly read it. I also understand that it is a binding contract between me and the Company and that it is a condition and term of my continued employment, and of any future employment, with the Company. I also understand that neither this acknowledgment nor the Arbitration Policy and Procedures creates an employment contract and that neither document changes the at-will status of my employment with the Company.

I understand that by continuing my employment with the Company (or by accepting future employment with the Company after receiving the Arbitration Policy and Procedures) I agree to submit to binding arbitration (under the Arbitration Policy and Procedures) any and all claims, disputes or controversies that exist now or arise later between me and the Company or between me and any Company employees, officers, partners, owners or affiliated companies, including claims, disputes and controversies arising before, during and after my employment with the Company.

**EMPLOYEE**

_____          _Robert  St. Clair_
SIGNATURE OF EMPLOYEE                        PRINTED NAME OF EMPLOYEE

_1-22-2024_                                 ███████████████████
DATE                                         EMPLOYEE'S SOCIAL SECURITY NO.

**PARENT/LEGAL GUARDIAN (IF UNDER 18 AND UNMARRIED)**

_____          _____
SIGNATURE OF PARENT/LEGAL GUARDIAN (IF UNDER 18 & UNMARRIED)     PRINTED NAME OF PARENT/LEGAL GUARDIAN

_____          _____
DATE                                         RELATIONSHIP

CAPSTONE_000319

EXHIBIT 1-F

b. The hearing arbitrator shall assess attorney's fees against a party upon a showing that such party's claim, defense or position is frivolous, or unreasonable, or factually groundless.

c. If either party pursues a claim covered by this Arbitration Policy and Procedures by any means other than those set forth in this Arbitration Policy and Procedures, the responding party shall be entitled to dismissal of such action, and the recovery of all costs and attorney's fees and losses related to such action.

8. Appeal Procedures:

a. Any party may appeal any arbitration award that has been rendered and become final under the rules governing the arbitration. The written appeal must be served in writing on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association), by certified mail within thirty (30) days after the hearing arbitrator caused the arbitration award to be mailed to the parties or to their representatives. The writing evidencing the appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the appeal's basis. Once an appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act.

b. Within fifteen (15) days after receipt of the appeal, the other party or parties may serve a written cross-appeal by serving it by certified mail on the other party or parties to the arbitration and on Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then on the American Arbitration Association). The writing evidencing the cross-appeal must specify those elements of the arbitration award that are being appealed and must contain a short statement of the cross-appeal's basis. Once a cross-appeal is timely served, the arbitration award by the hearing arbitrator shall no longer be considered final for purposes of seeking judicial enforcement, modification or vacation under the Federal Arbitration Act, even if the appeal is subsequently withdrawn.

c. Within forty-five (45) days after receipt of the appeal, the parties to the appeal shall select a panel of three arbitrators (hereinafter the "appellate arbitrators") utilizing the procedures to select arbitrators set forth in the then-current rules of Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then in the then-current rules of the American Arbitration Association). The hearing arbitrator shall not be eligible to serve as an appellate arbitrator.

d. The fees and expenses of the appellate arbitrators shall be shared equally if both an appeal and a cross-appeal are served. If only an appeal is served, the fees and expenses of the appellate arbitrators shall be paid by the appellant party (or parties). Each party serving an appeal or cross-appeal shall deposit funds or post other appropriate security for the appellate arbitrators' fees in an amount and manner determined by Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then by the American Arbitration Association) within thirty (30) days after that party's service of an appeal or cross-appeal.

e. The record on appeal to the appellate arbitrators shall consist of any stenographic record or other record of the hearing before the hearing arbitrator and shall include all exhibits and deposition transcripts admitted into the record by the hearing arbitrator. The parties to an appeal shall assist and cooperate with Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then the American Arbitration Association), in providing the record, exhibits and deposition transcripts to the appellate arbitrators.

CAPSTONE_000566

f.   The appellate arbitrators shall establish a briefing schedule, page limitations for briefs and a date and duration for oral argument; provided, however, that prior to the appellate arbitrators' rulings on these subjects, the parties to the appeal may agree to waive briefing and/or oral argument and may agree to their own page limitations for briefs.

g.   The appellate arbitrators shall apply the same standard of review as the first-level appellate court would apply to the cause of action or defense on appeal in similar circumstances. If both federal and state-law causes of action (and/or defenses) are before the appellate arbitrators (either in a single appeal or as the result of a cross-appeal), the appellate arbitrators shall apply only the standards of review utilized by the local United States Court of Appeals in similar circumstances.

h.   By majority vote, the appellate arbitrators may affirm, reverse, render or modify an arbitration award. The appellate arbitrators may remand, but they may not remand to the original hearing arbitrator. In the event of a remand, the parties shall select a new hearing arbitrator under the procedures set forth in the rules governing the arbitration, and the fees and expenses of the new hearing arbitrator shall be shared equally by the parties to the re-hearing. The appellate arbitrators' decision shall include a brief, written opinion addressing the issues before them, and such opinion shall be delivered to the parties and to Dispute Solutions, Inc. (or, if the American Arbitration Association appointed the hearing arbitrator, then to the American Arbitration Association), within thirty (30) days after the conclusion of any briefing schedule or any oral argument or as the parties may agree. Fifteen (15) days after receipt of the appellate arbitrators' opinion setting forth their decision, any award by them shall be considered final for purposes of judicial enforcement, modification or vacation under the Federal Arbitration Act.

9.   Interstate Commerce and the Federal Arbitration Act. The Company is involved in transactions involving interstate commerce (*e.g.*, purchasing goods and services from outside the state which are shipped into it; utilizing the interstate mail, telephone and highway systems; operating facilities serving people from various states; and recruiting and advertising outside the state), and the employee's employment with the Company involves such commerce. Therefore, the Federal Arbitration Act, Title 9 of the United States Code, will govern the interpretation, enforcement, and all judicial proceedings under and/or with respect to this Arbitration Policy and Procedures.

Adopted effective this <u>1st</u> day of <u>April</u>, 2017.


SOUTHWEST LTC-AUSTIN ALF, INC.
DBA COLONIAL GARDENS OF AUSTIN
Capstone Healthcare

By: _____

Title: <u>President</u>_____

CAPSTONE_000567

# EMPLOYEE ACKNOWLEDGMENT OF RECEIPT OF ARBITRATION POLICY AND PROCEDURES

I have been provided a copy of my employer's Arbitration Policy and Procedures. I understand that I should thoroughly read it. I also understand that it is a binding contract between me and the Company and that it is a condition and term of my continued employment, and of any future employment, with the Company. I also understand that neither this acknowledgment nor the Arbitration Policy and Procedures creates an employment contract and that neither document changes the at-will status of my employment with the Company.

I understand that by continuing my employment with the Company (or by accepting future employment with the Company after receiving the Arbitration Policy and Procedures) I agree to submit to binding arbitration (under the Arbitration Policy and Procedures) any and all claims, disputes or controversies that exist now or arise later between me and the Company or between me and any Company employees, officers, partners, owners or affiliated companies, including claims, disputes and controversies arising before, during and after my employment with the Company.

**EMPLOYEE**

Brenda Scott
SIGNATURE OF EMPLOYEE

BRENDA Scott
PRINTED NAME OF EMPLOYEE

07/08/2024
DATE

**PARENT/LEGAL GUARDIAN (IF UNDER 18 AND UNMARRIED)**

_____
SIGNATURE OF PARENT/LEGAL GUARDIAN (IF UNDER 18 & UNMARRIED)

_____
PRINTED NAME OF PARENT/LEGAL GUARDIAN

_____
DATE

_____
RELATIONSHIP

CAPSTONE_000568