**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| **v.** | § § | **CIVIL ACTION NO. 2:25-cv-235** |
| **CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY,** | § § § § § § § § | |
| **DEFENDANTS** | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESET THE MAY 22, 2026 HEARING

Before the Court is Defendants Capstone Cypress OPCO, LLC d/b/a Cypress Place Assisted Living ("Cypress Place"), MME Capital Holdings, LLC and Beje Foster's, Individually, (collectively "Defendants") Unopposed Motion to Reset the May 22, 2026, hearing on Plaintiff's Motion for Notice. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the hearing on Plaintiff's Motion for Notice is reset to _____.

**PROPOSED ORDER**                                                                 **Solo Page**