## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-cv-235 |
| CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY, | § § § § § § § | |
| DEFENDANTS | § § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE SUR-REPLY IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION FOR NOTICE

Before the Court is Defendants Capstone Cypress OPCO, LLC d/b/a Cypress Place Assisted Living ("Cypress Place"), MME Capital Holdings, LLC and Beje Foster's, Individually, (collectively "Defendants") Unopposed Motion to Extend Time to File Sur-Reply in Support of Response in Opposition to Motion for Notice. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Defendants' deadline to file their Sur-Reply is extended to June 19, 2026.

**PROPOSED ORDER**