**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

KELLI DAVIS, ON BEHALF OF §
HERSELF AND ALL OTHERS §
SIMILARLY SITUATED, §
§
    *Plaintiff*, §
§
v. §
§
CAPSTONE CYPRESS OPCO, LLC §   CASE NO. 2:25-CV-0235-JRG-RSP
D/B/A CYPRESS PLACE ASSISTED §
LIVING, MME CAPITAL HOLDINGS, §
LLC, *and* BEJE FOSTER, §
INDIVIDUALLY §
§
    *Defendants*. §

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Time to File Sur-Reply in Support of Response in Opposition to Motion for Notice. **Dkt. No. 26**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

ORDERED that Defendants' deadline to file their sur-reply is extended to June 19, 2026.

**SIGNED this 22nd day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE