**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| v. | § § | CASE NO. 2:25-CV-0235-JRG-RSP |
| CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC, *and* BEJE FOSTER, INDIVIDUALLY. | § § § § § § § | |

---

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 11, 2026**

**OPEN:**   3:00 p.m.                              **ADJOURN:**   3:34 p.m.

---

ATTORNEYS FOR PLAINTIFF:              Douglas Welmaker

ATTORNEY FOR DEFENDANTS:              Barrett Lesher, Elizabeth Reed

LAW CLERK:                            Tariq Ausaf

COURT REPORTER:                       Shawn McRoberts

COURTROOM DEPUTY:                     Wendy Asbel

Court opened.   Case called.   introduced co-counsel and announced ready. introduced co-counsel and announced ready.

Mr. Welmaker argued Plaintiff's Motion Notice Pursuant to the FLSA by Kelli (**Dkt. No. 16**). Mr. Lesher responded on behalf of Defendants.  The Court began with the issue of whether the arbitration agreements prevent noticing a subset of the employees.  Mr. Welmaker responded on behalf of Plaintiff.   Mr. Lesher responded on behalf of Defendants.

The Court turned to next issue on whether the employees are similarly situated.  Mr. Lesher responded on behalf of Defendants.   Mr. Welmaker responded on behalf of Plaintiff.

For the reasons set forth in the record, the Court **GRANTED** the Motion to the extent that the employees who have not signed arbitration agreements were found to be similarly situated and appropriate to be given notice to join in this collective action. The Court found that employees who signed arbitration agreements are not appropriate to be given notice to join in this collective action.

The Court next turned to whether the parties had any issue with the way the notice letter was drafted or the proposed schedule.  Mr. Lesher responded for Defendants.  Mr. Welmaker responded for Plaintiff.

The Court directed counsel to, within 10 days, confer and submit a joint motion for notice that has an agreed schedule in the order.   The Court will await that motion before ordering notice.

Court adjourned.