# EXHIBIT A

**Did you work for Cypress Place Assisted Living as an hourly worker between [DATE OF COURT'S ORDER AUTHORIZING NOTICE] and today?**

### Does This Affect Me?

If you worked as an hourly, non-exempt employee for Capstone Cypress OpCo, LLC, doing business as Cypress Place Assisted Living ("Cypress Place"), in Jefferson, Texas at any time between [DATE OF COURT'S ORDER AUTHORIZING NOTICE] and the date you received this notice, and Cypress Place reduced your recorded hours by thirty minutes each day for a lunch break, then this may affect you.

### What's This About?

A former hourly worker for Cypress Place claims that Cypress Place did not pay her for all of the time she worked. She claims that Cypress Place deducted thirty minutes from her recorded time every day for a lunch period, whether or not she actually took time off for lunch. This lawsuit seeks money for her and for similar workers for unpaid overtime, if any, that they worked as hourly workers in the past three years. This Notice tells you how you may join the case if you choose to do so. You are under no obligation to join this case.

At this time, the Court has not decided whether Cypress Place violated federal law. Cypress Place disputes the claims and contends that it properly paid its hourly workers. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not receive any money if money is awarded in the case.

### What Can I Recover?

If the workers win, you may get up to two times the additional overtime wages the Court determines you should have been paid. If the workers lose, you will get nothing. If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the monetary recovery if any money is recovered.

### Can I Be Retaliated Against?

No. It is illegal for Cypress Place to fire you, demote you, or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join the lawsuit, go to www.cypressplacesuit.com and fill out the Consent to Join form, or fill out the enclosed Consent to Join form and mail, email, or fax it back. You are responsible for making sure the form is received on time. It must be mailed or received by [RETURN DEADLINE].

### What Are My Choices?

If you want to join this case, return your Consent to Join form by [RETURN DEADLINE]. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose. If you do not wish to join this case, you do not have to do anything.

### Can I Get More Information?

To learn more, call the workers' attorneys at (713) 868-3388. The call is free and confidential.

Or write or email to:

The Buenker Law Firm
Cypress Place Overtime Claims
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

**The United States District Court in Marshall, Texas approved this Notice. It has not ruled on the merits of the case.**