# EXHIBIT C

## TEXT MESSAGE NOTICE

If you worked for Cypress Place Assisted Living in Jefferson, Texas and were paid by the hour, you may be entitled to join a lawsuit claiming back pay for unpaid overtime hours. For more information about the case, including how to join, visit www.cypressplaceovertimesuit.com.