**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § | |
| **Plaintiff,** | § | **Case No. 2:25-cv-00235-JRG-RSP** |
| **v.** | § | |
| **CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC, AND BEJE FOSTER, INDIVIDUALLY** | § | |
| **Defendants.** | § | |

**ORDER AUTHORIZING NOTICE**

Before the Court is the parties' Joint Motion for Entry of Order Authorizing Notice. Having considered the motion and noting that it is agreed, the Court finds that it should be and hereby is GRANTED.

It is ORDERED that notice under 29 U.S.C. § 216(b) shall issue to the following individuals (the "Collective"):

> All current and former hourly, non-exempt employees who worked for Cypress Place Assisted Living in Jefferson, Texas at any time during the three years preceding the date of this Order, who did not execute an arbitration agreement, and whose recorded hours were reduced by thirty minutes for a lunch break.

It is further ORDERED that the Court approves the Notice of Collective Action attached to the Joint Motion as Exhibit A, the Consent to Join form attached as Exhibit B, and the text message notice attached as Exhibit C.

It is further ORDERED that Class Counsel is authorized to offer members of the Collective the option to consent to join this action through electronic signature.

It is further ORDERED that the parties shall comply with the following schedule:

1. Defendants have produced to Class Counsel the name, dates of employment, job title, hourly rate of pay, last known mailing address, and telephone number for each member of the Collective. Within seven days of the date of this Order, Defendants provide Class Counsel with all known email addresses for each member of the Collective.
2. Within fourteen days of the date of this Order, Class Counsel shall send a copy of the Court-approved Notice and Consent to Join form to the members of the Collective by first class United States mail and by email. Class Counsel may also send the Court-approved text message notice by text message, and may make the Notice and Consent to Join form available on a website dedicated to disseminating notice in this action. Class counsel may not advertise the website that is to host only the consent form and the notice form or otherwise promote this website outside of the sending of notice contemplated in this Order.
3. Thirty days after the date Class Counsel first mails the Notice, Class Counsel may send a second identical copy of the Notice and Consent to Join form to the members of the Collective by mail, by email, and by text message.
4. Members of the Collective shall have sixty days from the date Class Counsel first mails the Notice to return a signed Consent to Join form. Members of the Collective may return the form by mail, by email, by fax, or through an electronic signature service established by Class Counsel.

It is so ordered.