**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KELLI DAVIS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,** | § | |
| **PLAINTIFF** | § | |
| **v.** | § | **CA NO. 2:25-cv-235-JRG-RSP** |
| **CAPSTONE CYPRESS OPCO, LLC D/B/A CYPRESS PLACE ASSISTED LIVING, MME CAPITAL HOLDINGS, LLC AND BEJE FOSTER, INDIVIDUALLY,** | § | |
| **DEFENDANTS** | § | |

---

**PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN OVERTIME LAWSUIT**

---

Please take notice that Plaintiff Kelli Davis files the following Consents to Join Overtime Lawsuit, each returned under the Court's Order Authorizing Notice (Dkt. 31). The address, telephone, and email entries on each form have been redacted.

Exhibit A: Consent of Priscilla Rhyne

Exhibit B: Consent of Tracy Guffey

Respectfully submitted,

Welmaker Law, PLLC

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
505 E. Magrill
Longview, Texas 75601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

THE BUENKER LAW FIRM
Josef F. Buenker
Texas State Bar No. 03316860
P.O. Box 10099
Houston, Texas 77206
Tel: (713) 868-3388
Fax: (713) 683-9940
jbuenker@buenkerlaw.com

**CO-COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on October 21, 2026.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker