**Exhibit B**

**CONSENT TO JOIN OVERTIME LAWSUIT AGAINST**
**CAPSTONE CYPRESS OPCO, LLC, d/b/a CYPRESS PLACE ASSISTED LIVING**

**The Court-imposed deadline for filing is November 9, 2026**.

Print Name Tracy guffey

1. I hereby consent to join the collective action lawsuit filed against Capstone Cypress OpCo, LLC, doing business as Cypress Place Assisted Living ("Defendant") to pursue my claims of unpaid overtime during the time that I worked with the company as an hourly employee.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.
4. I consent to having Plaintiff Kelli Davis and her counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: Tracy guffey (Oct 19, 2026 12:06:04 CDT) Date Signed: Oct 19, 2026

Please print or type the following information, which will be kept confidential:

[redacted]

Address City/State/Zip

[redacted]

Telephone Number E-mail Address

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

Cypress Place Overtime Lawsuit
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com